OFO/Petition No. 2025002227

11301 Wilshire Blvd., Building 506
Los Angeles, CA 90073-1003
(310) 268-3800 (main)
(310)268-4596 (fax)
Veronika.williams@va.gov

**Confidentiality Note**: This email is intended only for the person or entity to which it is
addressed and may contain information that is privileged, confidential, or otherwise
protected from disclosure. Dissemination, distribution, or copying of this email or the
information herein by anyone other than the intended recipient is prohibited. If you have
received this email in error, please notify the sender by email, phone or fax and destroy the
original message and all copies. Thank you.

**From:** sbrownesq@federal-law.com <sbrownesq@federal-law.com>
**Sent:** Tuesday, August 3, 2021 4:58 PM
**To:** Williams, Veronika J. <Veronika.Williams@va.gov>
**Cc:** 'Erika Bauer' <erika@federal-law.com>; 'Bonnie Olson' <dr.o@earthlink.net>; Briones, Joseph M.
(OGC) <Joseph.Briones@va.gov>; Mondragon, John H. (Miami VA) <John.Mondragon@va.gov>;
Snortland, Steven R. (OGC) <Steven.Snortland@va.gov>
**Subject:** [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X

Dear Ms. Williams et al.:

Please refer to our letter to Maxanne R. Witkin, Director, Office of Employment Discrimination
Complaint Adjudication, Department of Veterans Affairs in Washington, DC  dated 03/22/2021 in
this matter.  Since that time, the Agency reassured us that it was working diligently to compute and
pay Complainant the lost wages she suffered for the period since 08/21/2013.  Complainant has
been working with the Agency directly to obtain a resolution, but now advises me that that process
has recently bogged down, that communication between her and the Agency has reached a
stalemate, and that the Agency has neither paid her anything nor explained to her what the final
amount of lost wages to be paid will be.

It has become clear that this situation now requires our firm's further intervention, and the
Complainant has requested me to take further action to finally obtain the benefits that (1) the AJ
ordered, and (2) the Agency agreed to provide.  Therefore, should we not obtain the full remedy
Complainant is owed, to include both the Agency's payment and an understandable explanation of
how the Agency computed the amount being paid,  by COB on 08/13/2021 we will have no choice
but to file an OFO appeal to remedy the situation.

Steven E. Brown
Brown & Goodkin
910 Hapshire Road, Suite G
Westlake Village, CA 91361-2888



OFO/Petition No. 2025002227

Voice:  805-496-9777
Fax: 805-496-6368
sbrownesq@federal-law.com
website: www.federal-law.com

52

OFO/Petition No. 2025002227

# Exhibit C

**Appellant's Brief in Support of Appeal/Petition for Enforcement of Prior OFO Order**
**01/10/25**



OFO/Petition No. 2025002227

**DEPARTMENT OF VETERANS AFFAIRS**
**Greater Los Angeles Healthcare System**
**11301 Wilshire Boulevard**
**Los Angeles, CA  90073**

In Reply Refer To: 691/00

August 6, 2021

To whom it may concern:

In compliance to the Final Judgement issued for Bonnie Olson, calculations were made which included back pay for the difference between her pay and that of her highest paid comparatives retroactive to August 21, 2013 (two years prior to filing the complaint). Comparatives include any substantially younger psychiatrist (five years younger or more) employed the West Los Angeles VA Medical Center, who was paid a higher market pay salary than Complainant from August 21, 2013 to Present. The difference was calculated from her pay received for each applicable year as well as her substantially younger psychiatrist (five years younger or more) colleague identified who received a higher rate of pay. Calculations, as well as identified rates of pay for all colleagues within the identified group, were provided and calculated at a total of $218,040. Calculations were as follows:

| 2013 – 2014 Market Pay | Employee A (DOB 7/1975) $108,746<br>Ms. Olson - $59,062<br>**Difference - $49,684 x 2 years = $99,368** |
|---|---|
| 2015 Market Pay | Employee A (DOB 7/1975) $108,746<br>Ms. Olson - $60,912<br>**Difference - $47,834** |
| 2016 Market Pay | Employee B (DOB 7/1977) $93,078<br>Ms. Olson - $60,912<br>**Difference - $32,166** |
| 2017 – 2018 Market Pay | Employee B (DOB 2/1986) $109,043<br>Ms. Olson - $90,403<br>**Difference - $18,640 x 2 years = $37,280** |
| 2019 – 2020 Market Pay | Employee B (DOB 2/1986) $109,043<br>Ms. Olson - $108,347<br>**Difference - $696 x 2 years = $1,392** |

The total calculation was a sum of **$218,040**.  If you have any questions, please contact me at 310.927.8935.

*Atourina Bouza*
Atourina Bouza, MHA
Health System Specialist
Chief of Staff's Office

West Los Angeles Healthcare Center
11301 Wilshire Blvd.
Los Angeles, CA  90073
(310) 478-3711

Bakersfield Community-Based
Outpatient Clinic
1801 Westwind Drive
Bakersfield, CA  93301
(661) 632-1800

Los Angeles Ambulatory
Care Center
351 East Temple Street
Los Angeles, CA  90012
(213) 253-2677

San Luis Obispo Community-Based
Outpatient Clinic
1288 Morro Street, Suite 200
San Luis Obispo, CA  93401
(805) 543-1233

Santa Barbara Community-Based
Outpatient Clinic
4440 Calle Real
Santa Barbara, CA  93110
(805) 683-1491

Santa Maria Community-Based
Outpatient Clinic
1550 East Main Street
Santa Maria, CA 93454
(805) 354-6000

Oxnard Community-Based
Outpatient Clinic
1690 Universe Circle
Oxnard, CA  93033
(805) 204-9135

Lancaster Community-Based
Outpatient Clinic
340 East Avenue I
Lancaster, CA  93535
(661) 729-8655

East Los Angeles Community-Based
Outpatient Clinic
5426 East Olympic Blvd., Suite 150
Commerce, CA  90040
(323) 725-7557

Sepulveda Ambulatory Care Center
16111 Plummer Street
North Hills, CA  91343
(818) 891-7711

San Gabriel Valley Community-Based
Outpatient Clinic
7 West Foothill Blvd.
Arcadia, CA  91006
(626) 500-6881



OFO/Petition No. 2025002227

# Exhibit D

**Appellant's Brief in Support of Appeal/Petition for Enforcement of Prior OFO Order 01/10/25**



OFO/Petition No. 2025002227

| | |
|---|---|
| **From:** | Dronchi, Joseph R |
| **To:** | Williams, Veronika J.; Erika Bauer; Steven Brown; Olson, Bonnie L; "Bonnie Olson" |
| **Cc:** | Rodriguez-Colon, Jacqueline (VISN22); Bouza, Atourina; Daniel Goodkin; Childress, Chelsea N.; Heuman, Donald A |
| **Subject:** | RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X |
| **Date:** | Friday, October 8, 2021 3:35:39 PM |
| **Attachments:** | Olson memo.pdf |
| | BO Backpay Memo Final 08122021.pdf |

Good Afternoon all,

Please see the memo as discussed, along with the Backpay memo from the Chief of Staff's Office at VA Greater Los Angeles Healthcare System.

Very Respectfully,

**Joseph Dronchi**
Senior Strategic Business Partner (Acting)
Human Resources Strategic Business Unit (SBU)
Greater Los Angeles VA Health Care System
VISN 22 Human Resources Management Service (10N22/05)
Veterans Health Administration
US Department of Veterans Affairs
Office Phone: (602) 580-2886
**V22 HRMS SharePoint:** https://dvagov.sharepoint.com/sites/VHAV22HR/SitePages/Home.aspx
How was my service today?  We value your feedback – please click on the link to take the *V22 HRMS Voice of the Customer Survey*

This e-mail is intended only for the person or entity to which it is addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure.  Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient or for official internal VHA/VA business is prohibited.  If you have received this e-mail in error, please notify the sender by reply e-mail, and destroy the original message and all copies.

**From:** Williams, Veronika J. <Veronika.Williams@va.gov>
**Sent:** Thursday, October 7, 2021 3:54 PM
**To:** erika@federal-law.com; sbrownesq@federal-law.com; Olson, Bonnie L <Bonnie.Olson@va.gov>; 'Bonnie Olson' <dr.o@earthlink.net>
**Cc:** Rodriguez-Colon, Jacqueline (VISN22) <Jacqueline.Rodriguez-Colon@va.gov>; Bouza, Atourina <Atourina.Bouza@va.gov>; 'Dan Goodkin' <dgoodkinesq@federal-law.com>; Dronchi, Joseph R <Joseph.Dronchi@va.gov>
**Subject:** RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X
**Importance:** High

Good afternoon Ms. Bauer,

The Agency has informed me that a memo will be issued by COB tomorrow addressing:1) the pay calculation by Mr. Mondragon; and, 2) the findings of the VISN's  audit of the August 6th pay determination issued by subject matter expert Atourina Bouza.


56

OFO/Petition No. 2025002227

I recognize that this has taken sometime to sort out and appreciate your continued patience.

Thanks!


**Veronika J. Williams**
Staff Attorney
U.S. Department of Veterans Affairs
Office of General Counsel
Pacific District, Southern California
11301 Wilshire Blvd., Building 506
Los Angeles, CA 90073-1003
(310) 268-3800 (main)
(310)268-4596 (fax)
Veronika.williams@va.gov

**Confidentiality Note**: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by anyone other than the intended recipient is prohibited. If you have received this email in error, please notify the sender by email, phone or fax and destroy the original message and all copies. Thank you.


**From:** erika@federal-law.com <erika@federal-law.com>
**Sent:** Thursday, October 7, 2021 1:53 PM
**To:** Williams, Veronika J. <Veronika.Williams@va.gov>; sbrownesq@federal-law.com; Olson, Bonnie L <Bonnie.Olson@va.gov>; 'Bonnie Olson' <dr.o@earthlink.net>
**Cc:** Rodriguez-Colon, Jacqueline (VISN22) <Jacqueline.Rodriguez-Colon@va.gov>; Bouza, Atourina <Atourina.Bouza@va.gov>; 'Dan Goodkin' <dgoodkinesq@federal-law.com>; Dronchi, Joseph R <Joseph.Dronchi@va.gov>
**Subject:** RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X

Hello Ms. Williams:

Per your last email, I do not see that we have received an update. Can you please provide a status update?

Thanks.

Very truly yours,

Erika E. Bauer, Supervisory Paralegal
Brown & Goodkin



OFO/Petition No. 2025002227

910 Hampshire Rd., Suite G
Westlake Village, CA 91361-2888
Telephones:  (805) 496-9777  –  (818) 706-1555
Fax:  (805) 496-6368
http://www.federal-law.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and the attorney work-product doctrine.  They contain confidential information intended only for the person(s) to whom this email message is addressed. If you are not the intended recipient, your receipt is an unauthorized or unintended disclosure. If received in error, please notify the sender immediately by telephone at 805-496-9777 or at admin@federal-law.com and destroy the original message, including electronic copies, without forwarding or making a copy. Thank you.

Please allow us 48 hours for us to respond to your call or email.   Please send documents electronically whenever possible to avoid delays.

**From:** Williams, Veronika J. <Veronika.Williams@va.gov>
**Sent:** Monday, September 20, 2021 2:39 PM
**To:** sbrownesq@federal-law.com; Olson, Bonnie L <Bonnie.Olson@va.gov>; 'Bonnie Olson' <dr.o@earthlink.net>
**Cc:** 'Erika Bauer' <erika@federal-law.com>; Rodriguez-Colon, Jacqueline (VISN22) <Jacqueline.Rodriguez-Colon@va.gov>; Bouza, Atourina <Atourina.Bouza@va.gov>; 'Dan Goodkin' <dgoodkinesq@federal-law.com>; Dronchi, Joseph R <Joseph.Dronchi@va.gov>
**Subject:** RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X

Mr. Brown,

The Office of Compensation is conducting a review/audit of the Agency's pay determination in this case. Once the audit is complete, you all will be notified. I set a reminder to update you all on a status by October 1, 2021.

Thank you!

**Veronika J. Williams**
Staff Attorney
U.S. Department of Veterans Affairs
Office of General Counsel
Pacific District, Southern California
11301 Wilshire Blvd., Building 506
Los Angeles, CA 90073-1003
(310) 268-3800 (main)
(310)268-4596 (fax)
Veronika.williams@va.gov

OFO/Petition No. 2025002227

**Confidentiality Note**: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by anyone other than the intended recipient is prohibited. If you have received this email in error, please notify the sender by email, phone or fax and destroy the original message and all copies. Thank you.

**From:** sbrownesq@federal-law.com <sbrownesq@federal-law.com>
**Sent:** Monday, September 20, 2021 2:20 PM
**To:** Williams, Veronika J. <Veronika.Williams@va.gov>; Olson, Bonnie L <Bonnie.Olson@va.gov>; 'Bonnie Olson' <dr.o@earthlink.net>
**Cc:** 'Erika Bauer' <erika@federal-law.com>; Rodriguez-Colon, Jacqueline (VISN22) <Jacqueline.Rodriguez-Colon@va.gov>; Bouza, Atourina <Atourina.Bouza@va.gov>; Gray, Andre L. CAVHCS <Andre.Gray@va.gov>; Mondragon, John H. (Miami VA) <John.Mondragon@va.gov>; 'Dan Goodkin' <dgoodkinesq@federal-law.com>
**Subject:** RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X

Ms. Williams –

You never responded to this email (below) other than to say you would get back to us by 09/10/2021. To date we still have heard absolutely nothing further from you. Continued nonresponse will result in more unnecessary litigation on this case. What does the VA plan to do about this case? Please advise.

Steven E. Brown
Brown & Goodkin
910 Hapshire Road, Suite G
Westlake Village, CA 91361-2888
Voice: 805-496-9777
Fax: 805-496-6368
sbrownesq@federal-law.com
website: www.federal-law.com

**From:** sbrownesq@federal-law.com <sbrownesq@federal-law.com>
**Sent:** Wednesday, September 1, 2021 1:54 PM
**To:** 'Williams, Veronika J.' <Veronika.Williams@va.gov>; 'Olson, Bonnie L' <Bonnie.Olson@va.gov>; 'Bonnie Olson' <dr.o@earthlink.net>
**Cc:** 'Erika Bauer' <erika@federal-law.com>; 'Rodriguez-Colon, Jacqueline (VISN22)' <Jacqueline.Rodriguez-Colon@va.gov>; 'Bouza, Atourina' <Atourina.Bouza@va.gov>; 'Gray, Andre L. CAVHCS' <Andre.Gray@va.gov>; 'Mondragon, John H. (Miami VA)' <John.Mondragon@va.gov>; 'Dan



OFO/Petition No. 2025002227

Goodkin' <dgoodkinesq@federal-law.com>
**Subject:** RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X

Ms. Williams:

I have a number of queries about your email, which include but are not limited to:

Please explain why you "cannot speak to the methods employed by Mr. Mondragon", who is an
employee of the VA and the person tasked with communicating to our client on this issue on behalf
of the VA.

Please explain why you think the figures given by Mr. Mondragon on 06/22/2021 are an "estimate"
when he does not label them as such.

Please explain why you think the figures given by Mr. Mondragon on 06/22/2021 are "not based on
all relevant market pay reviews".

Steven E. Brown
Brown & Goodkin
910 Hapshire Road, Suite G
Westlake Village, CA 91361-2888
Voice:  805-496-9777
Fax: 805-496-6368
sbrownesq@federal-law.com
website: www.federal-law.com


**From:** Williams, Veronika J. <Veronika.Williams@va.gov>
**Sent:** Wednesday, September 1, 2021 1:15 PM
**To:** sbrownesq@federal-law.com; Olson, Bonnie L <Bonnie.Olson@va.gov>; 'Bonnie Olson'
<dr.o@earthlink.net>
**Cc:** 'Erika Bauer' <erika@federal-law.com>; Rodriguez-Colon, Jacqueline (VISN22)
<Jacqueline.Rodriguez-Colon@va.gov>; Bouza, Atourina <Atourina.Bouza@va.gov>; Gray, Andre L.
CAVHCS <Andre.Gray@va.gov>; Mondragon, John H. (Miami VA) <John.Mondragon@va.gov>
**Subject:** RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X

Mr. Brown,

While I cannot speak to the methods employed by Mr. Mondragon to calculate the below pay
determination estimate in June, it is clear that this number was: 1) an estimate; 2) not based on all
relevant market pay reviews. Atourina Bouza is the Agency's subject matter expert and was relied
upon  to assist in the matter after two inaccurate pay determinations were previously issued by HR. I
can attest that the determination was made after an individual assessment of each relevant market
pay review completed as of August 6, 2021.


60

OFO/Petition No. 2025002227

Nonetheless, I will look into the matter and get back you all before 9/10. In the interim, please assume the market pay determination issued on 8/12 as the Agency's position on the relief due to Ms. Olson under the January Order.


**Veronika J. Williams**
Staff Attorney
U.S. Department of Veterans Affairs
Office of General Counsel
Pacific District, Southern California
11301 Wilshire Blvd., Building 506
Los Angeles, CA 90073-1003
(310) 268-3800 (main)
(310)268-4596 (fax)
Veronika.williams@va.gov

<u>**Confidentiality Note**</u>: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by anyone other than the intended recipient is prohibited. If you have received this email in error, please notify the sender by email, phone or fax and destroy the original message and all copies. Thank you.



**From:** sbrownesq@federal-law.com <sbrownesq@federal-law.com>
**Sent:** Wednesday, September 1, 2021 12:06 PM
**To:** Williams, Veronika J. <Veronika.Williams@va.gov>; Olson, Bonnie L <Bonnie.Olson@va.gov>; 'Bonnie Olson' <dr.o@earthlink.net>
**Cc:** 'Erika Bauer' <erika@federal-law.com>; Rodriguez-Colon, Jacqueline (VISN22) <Jacqueline.Rodriguez-Colon@va.gov>
**Subject:** RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X

Ms. Williams –

Please review the email string below. You will see that the VA's own calculations as provided to our client directly are very different from (*i.e.*, much higher than) those you have recently been providing to us.


> **From:** Mondragon, John H. (VISN 22) <John.Mondragon@va.gov>
> **Sent:** Tuesday, June 22, 2021 7:21 AM
> **To:** Olson, Bonnie L <Bonnie.Olson@va.gov>
> **Cc:** Gray, Andre L. <Andre.Gray@va.gov>

61

**Subject:** RE: EEO judgement and order

Ok, I see what you mean now. Please see the below revised calculations:

2013 (Prorated for 9 applicable pay periods)  = $13,552.00
2014 = $70,121
2015 = $70, 121
2016 = $52,603
2017 = $52,603
2018 = $63,008
2019 = $63,008

Which totals to $385,016. As previously stated, the 2020 and 2021 I will not be able to
provide until all comparators have their Market pays reviewed.

Thanks


**From:** Olson, Bonnie L <Bonnie.Olson@va.gov>
**Sent:** Monday, June 21, 2021 12:58 PM
**To:** Mondragon, John H. (VISN 22) <John.Mondragon@va.gov>
**Subject:** RE: EEO judgement and order

Hi Mr. Mondragon,

Thanks for getting back. The point is though, we are not paid our market pay only the year
we are reviewed, we are paid that market pay the year in between the next pay review as
well. This point seems to be missed somehow. Could you help me by showing me what you
think the back pay is for EACH year? I have filled in the figures you have already determined.

Partial year 8-2013 to Jan 2014--→ 39,151
2014-2015-----------→ $70121
2015-2016-------------→$
2016-2017-----------→ $52,630
2017-2018----------→$
2018-2019----------→ $63,008
2019-2020--------→$
2020-2021--------→$

Maybe your could explain the reasoning behind leaving out the 3 full years prior to the year
where you say you do not yet have the data.

Thanks.
Dr. Olson

OFO/Petition No. 2025002227

**From:** Mondragon, John H. (VISN 22) <John.Mondragon@va.gov>
**Sent:** Monday, June 21, 2021 7:05 AM
**To:** Olson, Bonnie L <Bonnie.Olson@va.gov>
**Cc:** Gray, Andre L. <Andre.Gray@va.gov>; 'dr.o@earthlink.net' <dr.o@earthlink.net>
**Subject:** RE: EEO judgement and order

Hi Dr. Olson,

Based on the criteria set forth on the judgement it stated the comparators were to be at least 5 years younger. Going back from August 2013 I reviewed all those individuals that meet that criteria to present. In the calculations are the you met that, depending on when the individuals started determines when they are due a market pay review. Per VA policy, Physicians are reviewed bi-annually to determine if they are to receive an increase, decrease or stay at the same Market Pay. In the calculations you will see that its broken down into two year increments to account for both years an employee would have been due (i.e. If you received a review in 2013, you wont be due until 2015. If you received a review on 2014 you wont be due until 2016). I am still awaiting for the figures from 2019 – January 2021. Once received I will be able to give you the final estimate.

**From:** Olson, Bonnie L <Bonnie.Olson@va.gov>
**Sent:** Monday, June 14, 2021 5:44 PM
**To:** Mondragon, John H. (VISN 22) <John.Mondragon@va.gov>
**Cc:** Gray, Andre L. <Andre.Gray@va.gov>; 'dr.o@earthlink.net' <dr.o@earthlink.net>
**Subject:** RE: EEO judgement and order

Hi,
I am just returned from my leave and read this.

The following was sent to me and DOES NOT account for all years from Aug 20-13 to the beginning of 2020. 2015 to 2016 is missing and 2017 to 2018 are missing. Please explain, after all I do get a pay check each year.

Thanks

*************************** below please see the figures sent to me email 5-3-21
***************************

2013 Market Pay – Employee A (DOB 11/1975) $98,213
Ms. Olson - $59,062
$39,151
2014 – 2015 Market Pay – Employee B (DOB 8/1966)
$131,033
Ms. Olson - $60,912
$70,121
2016 – 2017 Market Pay – Employee C (DOB 4/1970)
$143,033
Ms. Olson - $90,403
$52,630
2018 – 2019 Market Pay – Employee D (DOB 8/1970)
$171,355
Ms. Olson - $108,347

63

$63,008
The total calculation was a sum of **$224,910**

Please let me know where this takes us.

Thank you,

Dr. Bonnie Olson
310-478-3711 x 40402 at GLA

**From:** Mondragon, John H. (VISN 22) <John.Mondragon@va.gov>
**Sent:** Tuesday, June 01, 2021 7:11 AM
**To:** Olson, Bonnie L <Bonnie.Olson@va.gov>
**Cc:** Gray, Andre L. <Andre.Gray@va.gov>; 'dr.o@earthlink.net' <dr.o@earthlink.net>
**Subject:** RE: EEO judgement and order

Good Morning,
The calculation provided does cover the time period mentioned in your settlement from Mid
August 2013 – 2019. In the calculation the identified highest comparator was identified as
well. As previously discussed, the current issue is the pay from 2020 – Jan 2021 since the
data is not current for all the comparators and for you as well. This has been identified to the
parties who would be bale to rectify that portion of the pay. Without that data I am not able
to give you true and fair estimate. Once that issue has been rectified then I will gladly
provide you the up to date data and monetary amounts.

Thanks for your patience

**From:** Olson, Bonnie L <Bonnie.Olson@va.gov>
**Sent:** Thursday, May 27, 2021 4:28 PM
**To:** Mondragon, John H. (VISN 22) <John.Mondragon@va.gov>
**Cc:** Gray, Andre L. <Andre.Gray@va.gov>; 'dr.o@earthlink.net' <dr.o@earthlink.net>
**Subject:** EEO judgement and order

Dear Mr. Mondragon,

I think our last e-mail communication was the first week of May. I will be on leave next week
beginning 6-1-21 and returning 6-14-21. The back pay award on this judgement was due
over 2 months ago. It may be a tricky calculation, but the back pay must be for each year
from mid- August 2013 to Jan 2021. So that's a 7 year and 4+ months of missed pay. The
comparator with highest market pay and 5 years younger than me needs to be identified.

Since I did not get a response to the calculation I thought came forward from your own
previous comparators, I don't have an idea of where the back pay status sits now.

During my leave I can be reached at 310-383-5519 or at dr.o@earthlink.net. I hope to be



OFO/Petition No. 2025002227

available for any questions or to receive any further information you may have.

Thank you,

Dr. Bonnie Olson

The figures on the attachments you have recently sent us are both insufficiently-detailed and unacceptable. It appears that your office has not been communicating and/or coordinating with the VA employee(s) charged with calculating these back pay benefits.

We have been working with your office and the VA for quite some time now trying to resolve this issue, but our patience is wearing thin. Our client advises us that she has been "vendorized" at the VA for months, so that process need not be repeated.

Please revise the forms to make the figures correct and resubmit as soon as possible.

Steven E. Brown
Brown & Goodkin
910 Hapshire Road, Suite G
Westlake Village, CA 91361-2888
Voice: 805-496-9777
Fax: 805-496-6368
sbrownesq@federal-law.com
website: www.federal-law.com

**From:** Williams, Veronika J. <Veronika.Williams@va.gov>
**Sent:** Tuesday, August 31, 2021 9:56 AM
**To:** Olson, Bonnie L <Bonnie.Olson@va.gov>; 'Bonnie Olson' <dr.o@earthlink.net>; sbrownesq@federal-law.com
**Cc:** 'Erika Bauer' <erika@federal-law.com>; Rodriguez-Colon, Jacqueline (VISN22) <Jacqueline.Rodriguez-Colon@va.gov>
**Subject:** RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X

Good morning Ms. Olson,

The Agency cannot process your payment until you complete the VA-10091; Employee Statement; and TSP-1. Please complete these forms ASAP, so that you may receive your payment without further delay.

Thanks!


65

OFO/Petition No. 2025002227

**Veronika J. Williams**
Staff Attorney
U.S. Department of Veterans Affairs
Office of General Counsel
Pacific District, Southern California
11301 Wilshire Blvd., Building 506
Los Angeles, CA 90073-1003
(310) 268-3800 (main)
(310)268-4596 (fax)
Veronika.williams@va.gov

**Confidentiality Note**: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by anyone other than the intended recipient is prohibited. If you have received this email in error, please notify the sender by email, phone or fax and destroy the original message and all copies. Thank you.

**From:** Williams, Veronika J.
**Sent:** Thursday, August 12, 2021 2:07 PM
**To:** sbrownesq@federal-law.com
**Cc:** 'Erika Bauer' <erika@federal-law.com>; 'Bonnie Olson' <dr.o@earthlink.net>; Snortland, Steven R. (OGC) <Steven.Snortland@va.gov>; Bouza, Atourina <Atourina.Bouza@va.gov>; Rodriguez-Colon, Jacqueline (VISN22) <Jacqueline.Rodriguez-Colon@va.gov>
**Subject:** RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X

Good afternoon,

Attached, please find: the back pay determination memo and supporting evidence; form TSP-1; VA Form 10091 (GLA); and, a DAS employee statement.  Ms. Olson: please complete the attached forms and return them to me directly. Once these completed forms are received, the Agency will begin processing your lump sum payment, consistent with the attached determination.

If you have any questions, comments, or concerns, please reach out to me.

Thank you!

**Veronika J. Williams**
Staff Attorney
U.S. Department of Veterans Affairs
Office of General Counsel
Pacific District, Southern California
11301 Wilshire Blvd., Building 506
Los Angeles, CA 90073-1003
(310) 268-3800 (main)
(310)268-4596 (fax)

66

OFO/Petition No. 2025002227

Veronika.williams@va.gov

**Confidentiality Note:** This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by anyone other than the intended recipient is prohibited. If you have received this email in error, please notify the sender by email, phone or fax and destroy the original message and all copies. Thank you.

**From:** sbrownesq@federal-law.com <sbrownesq@federal-law.com>
**Sent:** Tuesday, August 3, 2021 4:58 PM
**To:** Williams, Veronika J. <Veronika.Williams@va.gov>
**Cc:** 'Erika Bauer' <erika@federal-law.com>; 'Bonnie Olson' <dr.o@earthlink.net>; Briones, Joseph M. (OGC) <Joseph.Briones@va.gov>; Mondragon, John H. (Miami VA) <John.Mondragon@va.gov>; Snortland, Steven R. (OGC) <Steven.Snortland@va.gov>
**Subject:** [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X

Dear Ms. Williams et al.:

Please refer to our letter to Maxanne R. Witkin, Director, Office of Employment Discrimination Complaint Adjudication, Department of Veterans Affairs in Washington, DC  dated 03/22/2021 in this matter.  Since that time, the Agency reassured us that it was working diligently to compute and pay Complainant the lost wages she suffered for the period since 08/21/2013.  Complainant has been working with the Agency directly to obtain a resolution, but now advises me that that process has recently bogged down, that communication between her and the Agency has reached a stalemate, and that the Agency has neither paid her anything nor explained to her what the final amount of lost wages to be paid will be.

It has become clear that this situation now requires our firm's further intervention, and the Complainant has requested me to take further action to finally obtain the benefits that (1) the AJ ordered, and (2) the Agency agreed to provide.  Therefore, should we not obtain the full remedy Complainant is owed, to include both the Agency's payment and an understandable explanation of how the Agency computed the amount being paid,  by COB on 08/13/2021 we will have no choice but to file an OFO appeal to remedy the situation.

Steven E. Brown
Brown & Goodkin
910 Hapshire Road, Suite G
Westlake Village, CA 91361-2888
Voice:  805-496-9777
Fax: 805-496-6368
sbrownesq@federal-law.com
website: www.federal-law.com



OFO/Petition No. 2025002227

68

OFO/Petition No. 2025002227

**Department of
Veterans Affairs**

# Memorandum

**Date:** October 08, 2021

**From:** Joseph Dronchi, Acting Senior Strategic Business Partner (HRO)
VA Greater Los Angeles Healthcare System

**Subj:** Clarification of Market Pay Calculations from John Mondragon's email dated June 22, 2021
with subject as: EEO judgement and order

**To:** Dr. Bonnie Olson, Psychiatrist, VA Greater Los Angeles Healthcare System

I have had an opportunity to review the claimed pay discrepancy on the email string attached. In my review of the pay discrepancy, Mr. Mondragon miscalculated the amount of monies owed to you. His final compensation number does not appear to follow the guidance on the OEDCA backpay order.

The backpay is to be calculated as stipulated on the OEDCA order dated January 19, 2021:
*Therefore, pursuant to 29 C.F.R. Section 1614.501(c)(5), the Agency shall immediately pay Complainant back pay for the difference between her pay and that of her highest paid comparatives retroactive to August 21, 2013 (two years prior to filing the complaint). Comparatives include any substantially younger psychiatrist6 (five years younger or more) employed the West Los Angeles VA Medical Center, who was paid a higher market pay salary than Complainant from August 21, 2013 to the date of this decision.. When determining Complainant's back pay, Complainant must be considered in Tier 1 of the pay schedule with all applicable authorized exceptions (e.g. Blanket Tier Exception for Psychiatrists, dated May 24, 2016) and should not be awarded interest on the back pay award. 7 Where applicable, back pay specifically includes retroactive tax-deferred contributions to Complainant's TSP account and any earnings which would have accrued during the relevant period.*

It appears that the numbers provided in the June 21, 2021 email reflected do not account for the appropriate comparator, tier, or age – or at least did not document that those factors from the order were used. This is critical as the comparator shifts with each market pay panel decision and must be recalculated year by year in accordance with the order. Therefore, the difference in market pay from Mr. Mondragon was inaccurate and not done by the Agency person most knowledgeable about market pay setting.

Additionally, it is my understanding Mr. Mondragon failed to consult with the facility's subject matter expert in market pay compensation, Ms. Atourina Bouza. As the administrator of GLA's market pay system, Ms. Bouza provided a detailed explanation of the correct comparator amount and her calculated methodology is reflected on August 6, 2021 691/00 Memorandum. Again, there has been no documentation shared as to how Mr. Mondragon arrived at the estimated backpay

---

6 Dr. Taheri-Tafreshi is excluded from the pool of comparatives because the Agency provided a non-discriminatory reason for this individual's higher pay. Dr. Taheri-Tafreshi was paid a higher market pay based on an outside offer. (AJD2, pp. 9, 13.)

7 Interest is not available on ADEA back pay awards. See AJD2, p. 13; Wes S. v. Department of Veterans Affairs, EEOC Appeal No. 2020002082 (2020).

69

figure to ensure compliance with the requirements of order. For example, in the exchange of emails between you and Mr. Mondragon, there is a lack of comparators used and how they were chosen. As Mr. Mondragon was not the subject matter expert and did not provide adequate documentation as to how his calculation complied with the ordered relief, the calculations of the Agency's market pay expert are being used to arrive at the correct and final calculation in compliance with the order.

I apologize on the delay in sending you this communication and any inconvenience it may have caused. If you have questions or concerns, please contact me at (310) 478-3711 ext. 43903.

Joseph Dronchi, Acting Senior Strategic Business Partner
VA Greater Los Angeles Healthcare System

70



OFO/Petition No. 2025002227

**DEPARTMENT OF VETERANS AFFAIRS**
**Greater Los Angeles Healthcare System**
**11301 Wilshire Boulevard**
**Los Angeles, CA  90073**

In Reply Refer To: 691/00

August 6, 2021

To whom it may concern:

In compliance to the Final Judgement issued for Bonnie Olson, calculations were made which included back pay for the difference between her pay and that of her highest paid comparatives retroactive to August 21, 2013 (two years prior to filing the complaint). Comparatives include any substantially younger psychiatrist (five years younger or more) employed the West Los Angeles VA Medical Center, who was paid a higher market pay salary than Complainant from August 21, 2013 to Present. The difference was calculated from her pay received for each applicable year as well as her substantially younger psychiatrist (five years younger or more) colleague identified who received a higher rate of pay. Calculations, as well as identified rates of pay for all colleagues within the identified group, were provided and calculated at a total of $218,040. Calculations were as follows:

| | |
|---|---|
| 2013 – 2014 Market Pay | Employee A (DOB 7/1975) $108,746<br>Ms. Olson - $59,062<br>**Difference - $49,684 x 2 years = $99,368** |
| 2015 Market Pay | Employee B (DOB 7/1975) $108,746<br>Ms. Olson - $60,912<br>**Difference - $47,834** |
| 2016 Market Pay | Employee B (DOB 7/1977) $93,078<br>Ms. Olson - $60,912<br>**Difference - $32,166** |
| 2017 – 2018 Market Pay | Employee B (DOB 2/1986) $109,043<br>Ms. Olson - $90,403<br>**Difference - $18,640 x 2 years = $37,280** |
| 2019 – 2020 Market Pay | Employee B (DOB 2/1986) $109,043<br>Ms. Olson - $108,347<br>**Difference - $696 x 2 years = $1,392** |

The total calculation was a sum of **$218,040**.  If you have any questions, please contact me at 310.927.8935.

*Atourina Bouza*
Atourina Bouza, MHA
Health System Specialist
Chief of Staff's Office

West Los Angeles Healthcare Center
11301 Wilshire Blvd.
Los Angeles, CA  90073
(310) 478-3711

Bakersfield Community-Based
Outpatient Clinic
1801 Westwind Drive
Bakersfield, CA  93301
(661) 632-1800

Los Angeles Ambulatory
Care Center
351 East Temple Street
Los Angeles, CA  90012
(213) 253-2677

San Luis Obispo Community-Based
Outpatient Clinic
1288 Morro Street, Suite 200
San Luis Obispo, CA  93401
(805) 543-1233

Santa Barbara Community-Based
Outpatient Clinic
4440 Calle Real
Santa Barbara, CA  93110
(805) 683-1491

Santa Maria Community-Based
Outpatient Clinic
1550 East Main Street
Santa Maria, CA 93454
(805) 354-6000

Oxnard Community-Based
Outpatient Clinic
1690 Universe Circle
Oxnard, CA  93033
(805) 204-9135

Lancaster Community-Based
Outpatient Clinic
340 East Avenue I
Lancaster, CA  93535
(661) 729-8655

East Los Angeles Community-Based
Outpatient Clinic
5426 East Olympic Blvd., Suite 150
Commerce, CA  90040
(323) 725-7557

Sepulveda Ambulatory Care Center
16111 Plummer Street
North Hills, CA  91343
(818) 891-7711

San Gabriel Valley Community-Based
Outpatient Clinic
7 West Foothill Blvd.
Arcadia, CA  91006
(626) 500-6881



OFO/Petition No. 2025002227

2013 & 2014

| Last Name | DOB | FTE | Tier Factor | Market Pay | Comments |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Market Pay Difference between Mehta and Olson | $49,684 per year |
| MEHTA | 7/1975 | 1.000 | 1 | $108,746 |  |  |
| FITZGERALD | 5/1979 | 1.000 | 1 | $108,330 |  |  |
| HAKIM | 7/1975 | 1.000 | 1 | $102,013 |  |  |
| JOHNSON | 4/1965 | 1.000 | 1 | $99,596 |  |  |
| CHOI | 10/1975 | 1.000 | 1 | $99,526 |  |  |
| GABRIELIAN | 9/1980 | 1.000 | 1 | $97,013 |  |  |
| AMRAMI | 9/1977 | 1.000 | 1 | $97,013 |  |  |
| SHAPIRO | 3/1969 | 1.000 | 1 | $94,444 |  |  |
| PIERRE | 2/1971 | 1.000 | 1 | $92,411 |  |  |
| YANG | 7/1977 | 1.000 | 1 | $92,013 |  |  |
| JOU | 2/1977 | 1.000 | 1 | $88,612 |  |  |
| WILLIAMS | 11/1968 | 1.000 | 1 | $88,612 |  |  |
| EKNOYAN | 4/1972 | 1.000 | 1 | $82,212 |  |  |
| KIM | 6/1972 | 1.000 | 1 | $82,013 |  |  |
| FAN | 4/1970 | 1.000 | 1 | $82,013 |  |  |
| ZORICK | 11/1968 | 1.000 | 1 | $77,013 |  |  |
| BRODY | 9/1963 | 1.000 | 1 | $76,205 |  |  |
| OLSON | 11/15/1957 | 1.000 | 1 | $59,062 |  |  |
| HSU | 2/1963 | 1.000 | 1 | $57,957 |  |  |



OFO/Petition No. 2025002227

2015

| Last Name | First Name | DOB | TIER | FTE | New Market | Academic Rank | Comments |
|---|---|---|---|---|---|---|---|
| MEHTA | MICHELLE M | 7/1975 | 1 | 1 | $108,746 | Assistant Professor | |
| BONNICI | DANIEL MURPHY | 1/1979 | 1 | 1 | $106,543 | Instructor | |
| EKNOYAN | DONALD P | 4/1972 | 1 | 1 | $97,897 | Assistant Professor | |
| PIERRE | JOSEPH M | 2/1971 | 1 | 1 | $94,761 | Professor | |
| WILLIAMS | RHONDA | 11/1968 | 1 | 1 | $92,112 | Instructor | |
| YANG | CALVIN TSENG | 7/1977 | 1 | 1 | $92,013 | Assistant Professor | |
| JOU | KEVIN CHUNKAI | 2/1977 | 1 | 1 | $89,612 | Assistant Professor | |
| BRODY | ARTHUR L | 9/1963 | 1 | 1 | $85,705 | Professor | |
| OLSON | BONNIE L | 11/15/1957 | 1 | 1 | $60,912 | Associate Professor | |

**Market Pay Difference between Mehta and Olson**          **$47,834**



OFO/Petition No. 2025002227

2016

| EMPLOYEE NAME | DOB | Acad Rank | Board | Fellowship | Clozapine Provider | Buprenorphine Certified | Tier Factor | Approved Market Pay | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Yang, Calvin | 7/1977 | Assist | ABPN | No fellowship recorded | 0 | 0 | 0 | $93,078 | |
| Jou, Kevin | 2/1977 | Assist | None recorded | No fellowship recorded | 0 | 0 | 0 | $89,112 | |
| Yaeger, Deborah | 5/1951 | Prof | ABPN | No fellowship recorded | 0 | 0 | 0 | $84,160 | |
| Olson, Bonnie | 11/15/1957 | Assoc | ABPN; Psychosomatic | No fellowship recorded | 0 | 0 | 0 | $60,912 | |

Market Pay Difference between Yang and Olson: $32,166


74

OFO/Petition No. 2025002227

2017 - 2018

| EMPLOYEE NAME | DOB | Acad Rank | Board | Fellowship | Clozapine Provider | Buprenorphine Certified | Tier Factor | New Market Calculation | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Olson, Bonnie | 11/15/1957 | Assoc | ABPN; Psychosomatic | No fellowship recorded | 0 | 0 | 1 | $90,403 | |
| Jou, Kevin | 2/1977 | Assist | None recorded | No fellowship recorded | 0 | 0 | 1 | $119,336 | Lead VTC SACC |
| Sasaki, Dean | 2/1986 | Clinical Instructor (HS) | ABPN | No fellowship recorded | 0 | 0 | 1 | $109,043 | |

Market Pay Difference between Sasaki and Olson    $18,640 per year

75

OFO/Petition No. 2025002227

2019 & 2020

| EMPLOYEE NAME | Academic Rank | Fellowship | Clozapine Provider | Buprenorphine Certified | Tier Factor | Emergency Department Coverage | OTP Medical Director | Clinical Shortage | Geographic Location | Call | New Market Pay | DOB | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jou, Kevin | Assistant Clinical Prof (HS) | No fellowship recorded | 0 | 0 | 1 | 0.00 | 0 | 0 | 0 | 1 | $125,379 | 2/1977 | Lead VTC SACC |
| Kakani, Sravan | Clinical Instructor (HS) | No fellowship recorded | 0 | 0 | 1 | 0.00 | 0 | 0 | 0 | 1 | $123,043 | 1/1983 | Tele MH |
| Olson, Bonnie | Associate Clinical Prof (HS) | No fellowship recorded | 0 | 0 | 1 | 0.00 | 0 | 0 | 0 | 1 | $108,347 | 11/15/1957 | |
| Sasaki, Dean | Clinical Instructor (HS) | No fellowship recorded | 0 | 0 | 1 | 0.00 | 0 | 0 | 0 | 1 | $109,043 | 2/1986 | |

**Market Pay Difference between Sasaki and Olson**        $696 per year

76

OFO/Petition No. 2025002227

# Exhibit E

**Appellant's Brief in Support of Appeal/Petition for Enforcement of Prior OFO Order**
**01/10/25**

OFO/Petition No. 2025002227





OFO/Petition No. 2025002227

**DEPARTMENT OF VETERANS AFFAIRS**
**Greater Los Angeles Healthcare System**
**11301 Wilshire Boulevard**
**Los Angeles, CA  90073**

**December 21, 2021**

In Reply Refer To: 691/00

**Re: Olson v. U.S. Dept. of Veterans Affairs**, EEOC Nos. 480-2021-00054X, 480-2021-0055X; Agency Nos. 200P-0691-2015104335, 200P-0691-2016105330.

To whom it may concern:

In compliance to the Final Agency Decision issued on January 19, 2021, in the above captioned matters, calculations were made which included back pay for the difference between Bonnie Olson's pay and that of her highest paid comparatives retroactive to August 21, 2013 (two years prior to filing the complaint).

Comparatives included any substantially younger psychiatrist (five years younger than Ms. Olson or more) employed the West Los Angeles VA Medical Center,  paid a higher market pay salary than Ms. Olson from August 21, 2013 to the January 4, 2021 (the date of the EEOC's Decision and Order). The difference was calculated between Olson's pay received for each applicable year and the following substantially younger psychiatrists (five years younger or more) who received a higher rate of pay during the period at issue.

On August 6, 2021, the Agency issued a back pay determinization finding that Olson was entitled to a sum of $218,040. A subsequent audit affirmed the Agency's calculation on October 8, 2021. At Olson's request, the Agency conducted a third calculation considering any calculable sum that may have resulted from the time between the dates the comparator and Olson's market pay reviews were conducted.

Calculations were as follows:

| August 2013 – December 2014 Market Pay | Employee A (DOB 7/1975)- Salary: $108,746<br>Olson- Salary: $59,062<br>Approval date of employee A's salary via market pay review: 1/9/2014<br>Approval date of Olson's salary via market pay review: 1/9/2014<br>**Difference - $49,684 x 2 years[1] = $99,368** |
|---|---|
| 2015 Market Pay | Employee B (DOB 7/1975)- Salary: $108,746<br>Olson – Salary: $60,912<br>Approval date of employee B's salary via market pay review:  12/23/2015<br>Approval date of Ms. Olson's salary via market pay review:12/23/15<br>**Difference - $47,834** |
| 2016 Market Pay | Employee C (DOB 7/1977)- Salary: $93,078<br>Olson – Salary $60,912<br>Approval date of employee C's salary via market pay review : 12/19/2016 |

---

[1] Market Pay Reviews for this period were conducted every two years.

West Los Angeles Healthcare Center
11301 Wilshire Blvd.
Los Angeles, CA  90073
(310) 478-3711

Bakersfield Community-Based
Outpatient Clinic
1801 Westwind Drive
Bakersfield, CA 93301
(661) 632-1800

Los Angeles Ambulatory
Care Center
351 East Temple Street
Los Angeles, CA  90012
(213) 253-2677

San Luis Obispo Community-Based
Outpatient Clinic
1288 Morro Street, Suite 200
San Luis Obispo, CA  93401
(805) 543-1233

Santa Barbara Community-Based
Outpatient Clinic
4440 Calle Real
Santa Barbara, CA  93110
(805) 683-1491

Santa Maria Community-Based
Outpatient Clinic
1550 East Main Street
Santa Maria, CA 93454
(805) 354-6000

Oxnard Community-Based
Outpatient Clinic
1690 Universe Circle
Oxnard, CA  93033
(805) 204-9135

Lancaster Community-Based
Outpatient Clinic
340 East Avenue I
Lancaster, CA  93535
(661) 729-8655

East Los Angeles Community-Based
Outpatient Clinic
5426 East Olympic Blvd., Suite 150
Commerce, CA  90040
(323) 725-7557

Sepulveda Ambulatory Care Center
16111 Plummer Street
North Hills, CA  91343
(818) 891-7711

San Gabriel Valley Community-Based
Outpatient Clinic
7 West Foothill Blvd.
Arcadia, CA  91006
(626) 500-6881



OFO/Petition No. 2025002227

|  | Approval date of Ms. Olson's salary via market pay review: 12/19/2016<br>**Difference - $32,166** |
|---|---|
| 2017 – 2018 Market Pay* | Employee D* (DOB 2/1986) $109,043<br>Ms. Olson - $90,403<br>Approval date of employee D's salary:<br>4/15/2016 Approval date of Olson's salary:<br>4/13/2017 **Difference - $18,640 x $2^2$ years =**<br>**$37,280  Time Adjustment = $10,036** |
| 2019 – 2020 Market Pay | Employee E (DOB 2/1986) $109,043<br>Ms. Olson - $108,347<br>Approval date of employee E's salary:<br>7/20/218 Approval date of Ms. Olson's salary:<br>7/20/218 **Difference - $696 x 2 years = $1,392** |

*Employee D started receiving the market pay stated on 10/2/2016.

The total calculation was a sum of **$228,076.92**. This amount results in a **$10,036** addition to the pay calculation determination dated August 6, 2021. A payment for this amount is being processed by the Agency. If you have any questions, please contact me at 310.927.8935.

*Atourina Bouza*

Atourina Bouza, MHA
Health System Specialist
Chief of Staff's Office

---

[2] Market Pay Reviews for this period were conducted every two years.

# Exhibit F

**Appellant's Brief in Support of Appeal/Petition for
Enforcement of Prior OFO Order
01/10/25**

81



OFO/Petition No. 2025002227

**DEPARTMENT OF VETERANS AFFAIRS**
**Greater Los Angeles Healthcare System**
**11301 Wilshire Boulevard**
**Los Angeles, CA  90073**

In Reply Refer To: 691/00

**December 21, 2021**

West Los Angeles Healthcare Center
11301 Wilshire Blvd.
Los Angeles, CA  90073
(310) 478-3711

**Re: Olson v. U.S. Dept. of Veterans Affairs**, EEOC Nos.  480-2021-00054X, 480-2021-0055X; Agency Nos. 200P-0691-2015104335, 200P-0691-2016105330.

Bakersfield Community-Based
Outpatient Clinic
1801 Westwind Drive
Bakersfield, CA 93301
(661) 632-1800

To whom it may concern:

Los Angeles Ambulatory
Care Center
351 East Temple Street
Los Angeles, CA 90012
(213) 253-2677

In compliance to the Final Agency Decision issued on January 19, 2021, in the above captioned matters, calculations were made which included back pay for the difference between Bonnie Olson's pay and that of her highest paid comparatives retroactive to August 21, 2013 (two years prior to filing the complaint).

San Luis Obispo Community-Based
Outpatient Clinic
1288 Morro Street, Suite 200
San Luis Obispo, CA  93401
(805) 543-1233

Comparatives included any substantially younger psychiatrist (five years younger than Ms. Olson or more) employed the West Los Angeles VA Medical Center,  paid a higher market pay salary than Ms. Olson from August 21, 2013 to the January 4, 2021 (the date of the EEOC's Decision and Order). The difference was calculated between Olson's pay received for each applicable year and the following substantially younger psychiatrists (five years younger or more) who received a higher rate of pay during the period at issue.

Santa Barbara Community-Based
Outpatient Clinic
4440 Calle Real
Santa Barbara, CA  93110
(805) 683-1491

Santa Maria Community-Based
Outpatient Clinic
1550 East Main Street
Santa Maria, CA 93454
(805) 354-6000

On August 6, 2021, the Agency issued a back pay determinization finding that Olson was entitled to a sum of $218,040. A subsequent audit affirmed the Agency's calculation on October 8, 2021. At Olson's request, the Agency conducted a third calculation considering any calculable sum that may have resulted from the time between the dates the comparator and Olson's market pay reviews were conducted.

Oxnard Community-Based
Outpatient Clinic
1690 Universe Circle
Oxnard, CA  93033
(805) 204-9135

Lancaster Community-Based
Outpatient Clinic
340 East Avenue I
Lancaster, CA  93535
(661) 729-8655

Calculations were as follows:

East Los Angeles Community-Based
Outpatient Clinic
5426 East Olympic Blvd., Suite 150
Commerce, CA  90040
(323) 725-7557

Sepulveda Ambulatory Care Center
16111 Plummer Street
North Hills, CA  91343
(818) 891-7711

San Gabriel Valley Community-Based
Outpatient Clinic
7 West Foothill Blvd.
Arcadia, CA  91006
(626) 500-6881

| | |
|---|---|
| August 2013 – December 2014 Market Pay | Employee A (DOB 7/1975)- Salary: $108,746<br>Olson- Salary: $59,062<br>Approval date of employee A's salary via market pay review: 1/9/2014<br>Approval date of Olson's salary via market pay review: 1/9/2014<br>**Difference - $49,684 x 2 years[1] = $99,368** |
| 2015 Market Pay | Employee B (DOB 7/1975)- Salary: $108,746<br>Olson – Salary: $60,912<br>Approval date of employee B's salary via market pay review:  12/23/2015<br>Approval date of Ms. Olson's salary via market pay review:12/23/15<br>**Difference - $47,834** |
| 2016 Market Pay | Employee C (DOB 7/1977)- Salary: $93,078<br>Olson – Salary $60,912<br>Approval date of employee C's salary via market pay review : 12/19/2016 |

---

[1] Market Pay Reviews for this period were conducted every two years.



OFO/Petition No. 2025002227

|  | Approval date of Ms. Olson's salary via market pay review: 12/19/2016 <br> **Difference - $32,166** |
|---|---|
| 2017 – 2018 Market Pay* | Employee D* (DOB 2/1986) $109,043 <br> Ms. Olson - $90,403 <br> Approval date of employee D's salary: <br> 4/15/2016 Approval date of Olson's salary: <br> 4/13/2017 **Difference - $18,640 x 2$^2$ years = $37,280  Time Adjustment = $10,036** |
| 2019 – 2020 Market Pay | Employee E (DOB 2/1986) $109,043 <br> Ms. Olson - $108,347 <br> Approval date of employee E's salary: <br> 7/20/218 Approval date of Ms. Olson's salary: <br> 7/20/218 **Difference - $696 x 2 years = $1,392** |

*Employee D started receiving the market pay stated on 10/2/2016.

The total calculation was a sum of **$228,076.92**. This amount results in a **$10,036** addition to the pay calculation determination dated August 6, 2021. A payment for this amount is being processed by the Agency. If you have any questions, please contact me at 310.927.8935.

*Atourina Bouza*

Atourina Bouza, MHA
Health System Specialist
Chief of Staff's Office

---

[2] Market Pay Reviews for this period were conducted every two years.

83

OFO/Petition No. 2025002227

# Exhibit G

**Appellant's Brief in Support of Appeal/Petition for
Enforcement of Prior OFO Order
01/10/25**



OFO/Petition No. 2025002227

| | |
|---|---|
| **From:** | Dronchi, Joseph R. (he/him/his) |
| **To:** | Steven Brown; Daniel Goodkin, Esq.; Erika Bauer |
| **Cc:** | Ney, Maureen (OGC); Snortland, Steven R. (OGC); Lawson, Vanessa (VISN 22) (she/her/hers) |
| **Subject:** | Dr. Bonnie Olson Documents |
| **Date:** | Thursday, March 14, 2024 11:10:40 AM |
| **Attachments:** | Employee A1 MPR (1 of 5).pdf |
| | Employee A1 SF-50 (1 of 5).pdf |
| | Employee A2 MPR (2 of 5).pdf |
| | Employee A2 SF-50 (2 of 5).pdf |
| | Employee B1 MPR (3 of 5).pdf |
| | Employee B1 SF-50 (3 of 5).pdf |
| | Employee C1 MPR (4 of 5).pdf |
| | Employee C1 SF-50 (4 of 5).pdf |
| | Employee C2 MPR (5 of 5).pdf |
| | Employee C2 SF-50 (5 of 5).pdf |
| | Dr. Olson Backpay Recalculation Memo.pdf |

Mr. Brown,

Good morning and thank you for your assistance regarding this matter
As requested- attached are the Market Pay Review (MPR) Forms and SF-50's of Dr. Olson's
comparators. I have been provided the attorney fee payment, and will be contacting you should
anything further be needed from your office.

| Timeline: | Comparator: |
|---|---|
| August 2013-2014 MPR | Employee A1 |
| 2015 MPR | Employee A2 |
| 2016 MPR | Employee B1 |
| 2017-2018 MPR | Employee C1 |
| 2019-2020 MPR | Employee C2 |

If there is anything else requested, please advise.

Best regards,

**Joseph Dronchi (He/Him/Ally)**
Senior Strategic Business Partner
Human Resources Strategic Business Unit (SBU)
VA Greater Los Angeles Healthcare System
VISN 22 Human Resources Management Service (10N22/05)
Veterans Health Administration
US Department of Veterans Affairs
Office Phone : (310) 478-3711 Ext. 43903
**V22 HRMS SharePoint:** https://dvagov.sharepoint.com/sites/VHAV22HR/SitePages/Home.aspx
How was my service today?  We value your feedback – please click on the link to take the *V22 HRMS Voice of the Customer Survey*

This e-mail is intended only for the person or entity to which it is addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure.  Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient or for official internal VHA/VA business is prohibited.  If you have received this e-mail in error, please notify the sender by reply e-mail, and destroy the original message and all copies.


85

OFO/Petition No. 2025002227

**From:** Steven Brown <Sbrownesq@federal-law.com>
**Sent:** Wednesday, March 6, 2024 1:30 PM
**To:** Ney, Maureen (OGC) <Maureen.Ney@va.gov>
**Cc:** Snortland, Steven R. (OGC) <Steven.Snortland@va.gov>; Miller, Theodore M. (OGC) <Theodore.Miller2@va.gov>; liberty.holdon@va.gov; Funderburk, Stephen D. (OGC) <Stephen.Funderburk@va.gov>; Hoare, Jamisa D. <Jamisa.Hoare@va.gov>; Dronchi, Joseph R. (he/him/his) <Joseph.Dronchi@va.gov>; VACO EEOC Decisions for OEDCA <EEOCdecisionsforOEDCA@va.gov>; Daniel Goodkin, Esq. <dgoodkinesq@federal-law.com>; Erika Bauer <Erika@federal-law.com>
**Subject:** [EXTERNAL] Bonnie Olson v. VA, OFO #2022001544 etc.

Ms. Ney –

Please reference my email to you dated 02/22/2024. We still are awaiting a progress report from the Agency on the back pay re-determination and attorney fee payment. Please advise. Thank you.

Steven E. Brown
Brown & Goodkin, Federal Employment Rights Attorneys
910 Hampshire Road, Suite G, Westlake Village, CA 91361-2888
805-496-9777 voice; 805-496-6368 fax
Website: www.federal-law.com
sbrownesq@federal-law.com
Member: Workers Injury Law&Advocacy Group (WILG) – Founding/Former Chair, FECA Section; National Employment Lawyers Association (NELA) – Federal Employee Rights Committee; National Academy of Social Insurance (NASI); American Association for Justice (AAJ).
This email is protected by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This email message, and any files transmitted with it, are also subject to the attorney-client privilege and the attorney work-product doctrine. They contain confidential information intended only for the person(s) to whom this email message is addressed. If you are not the intended recipient, your receipt of this message and any attachments is an unauthorized or unintended disclosure. If received in error, please notify the sender immediately by telephone at 805-496-9777 or at admin@federal-law.com and destroy the original message, including electronic copies and attachments, without forwarding or making a copy. Thank you.
Brown & Goodkin's physical location is not open to the public unless a case necessitates such access. Brown & Goodkin employees are available by phone and e-mail during normal business hours. Brown & Goodkin continues to operate as a primarily paperless office. Please send copies only of documents electronically, whenever possible, to avoid delays.



OFO/Petition No. 2025002227



**DEPARTMENT OF VETERANS AFFAIRS**
**Greater Los Angeles Healthcare System**
**11301 Wilshire Boulevard**
**Los Angeles, CA 90073**

**December 21, 2021**

In Reply Refer To: 691/00

**Re: Olson v. U.S. Dept. of Veterans Affairs**, EEOC Nos. 480-2021-00054X, 480-2021-0055X; Agency Nos. 200P-0691-2015104335, 200P-0691-2016105330.

To whom it may concern:

In compliance to the Final Agency Decision issued on January 19, 2021, in the above captioned matters, calculations were made which included back pay for the difference between Bonnie Olson's pay and that of her highest paid comparatives retroactive to August 21, 2013 (two years prior to filing the complaint).

Comparatives included any substantially younger psychiatrist (five years younger than Ms. Olson or more) employed the West Los Angeles VA Medical Center, paid a higher market pay salary than Ms. Olson from August 21, 2013 to the January 4, 2021 (the date of the EEOC's Decision and Order). The difference was calculated between Olson's pay received for each applicable year and the following substantially younger psychiatrists (five years younger or more) who received a higher rate of pay during the period at issue.

On August 6, 2021, the Agency issued a back pay determinization finding that Olson was entitled to a sum of $218,040. A subsequent audit affirmed the Agency's calculation on October 8, 2021. At Olson's request, the Agency conducted a third calculation considering any calculable sum that may have resulted from the time between the dates the comparator and Olson's market pay reviews were conducted.

Calculations were as follows:

| | |
|---|---|
| August 2013 – December 2014 Market Pay | Employee A1 (YOB 1975)- Salary: $108,746<br>Olson- Salary: $59,062<br>Approval date of employee A's salary via market pay review: 1/9/2014<br>Approval date of Olson's salary via market pay review: 1/9/2014<br>**Difference - $49,684 x 2 years[1] = $99,368** |
| 2015 Market Pay | Employee A2 (YOB 1975)- Salary: $108,746<br>Olson – Salary: $60,912<br>Approval date of employee B's salary via market pay review: 12/23/2015<br>Approval date of Ms. Olson's salary via market pay review:12/23/15<br>**Difference - $47,834** |
| 2016 Market Pay | Employee B1 (YOB 1977)- Salary: $93,078<br>Olson – Salary $60,912<br>Approval date of employee C's salary via market pay review : 12/19/2016 |

---
[1] Market Pay Reviews for this period were conducted every two years.

West Los Angeles Healthcare Center
11301 Wilshire Blvd.
Los Angeles, CA 90073
(310) 478-3711

Bakersfield Community-Based Outpatient Clinic
1801 Westwind Drive
Bakersfield, CA 93301
(661) 632-1800

Los Angeles Ambulatory Care Center
351 East Temple Street
Los Angeles, CA 90012
(213) 253-2677

San Luis Obispo Community-Based Outpatient Clinic
1288 Morro Street, Suite 200
San Luis Obispo, CA 93401
(805) 543-1233

Santa Barbara Community-Based Outpatient Clinic
4440 Calle Real
Santa Barbara, CA 93110
(805) 683-1491

Santa Maria Community-Based Outpatient Clinic
1550 East Main Street
Santa Maria, CA 93454
(805) 354-6000

Oxnard Community-Based Outpatient Clinic
1690 Universe Circle
Oxnard, CA 93033
(805) 204-9135

Lancaster Community-Based Outpatient Clinic
340 East Avenue I
Lancaster, CA 93535
(661) 729-8655

East Los Angeles Community-Based Outpatient Clinic
5426 East Olympic Blvd., Suite 150
Commerce, CA 90040
(323) 725-7557

Sepulveda Ambulatory Care Center
16111 Plummer Street
North Hills, CA 91343
(818) 891-7711

San Gabriel Valley Community-Based Outpatient Clinic
7 West Foothill Blvd.
Arcadia, CA 91006
(626) 500-6881

OFO/Petition No. 2025002227

| | |
|---|---|
| | Approval date of Ms. Olson's salary via market pay review: 12/19/2016 **Difference - $32,166** |
| 2017 – 2018 Market Pay* | Employee C1* (YOB 1986) $109,043 Ms. Olson - $90,403 Approval date of employee D's salary: 4/15/2016 Approval date of Olson's salary: 4/13/2017 **Difference - $18,640 x 2$^2$ years = $37,280  Time Adjustment = $10,036** |
| 2019 – 2020 Market Pay | Employee C2 (YOB 1986) $109,043 Ms. Olson - $108,347 Approval date of employee E's salary: 7/20/218 Approval date of Ms. Olson's salary: 7/20/218 **Difference - $696 x 2 years = $1,392** |

*Employee C1 started receiving the market pay stated on 10/2/2016.

The total calculation was a sum of **$228,076.92**. This amount results in a **$10,036** addition to the pay calculation determination dated August 6, 2021. A payment for this amount is being processed by the Agency. If you have any questions, please contact me at 310.927.8935.

*Atourina Bouza*

Atourina Bouza, MHA
Health System Specialist
Chief of Staff's Office

---

[2] Market Pay Reviews for this period were conducted every two years.



OFO/Petition No. 2025002227

| **VA** Department of Veterans Affairs | **COMPENSATION PANEL ACTION** | | |
|---|---|---|---|
| NAME | | LAST 4 DIGITS OF SSN | DATE |
| EMPLOYEE A1 | | | 11/22/2013 |
| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
| PSYCHIATRY | PSYCHIATRY | 1 | $213267 |

### PART A - REASON FOR COMPENSATION PANEL REVIEW

| Initial Pay Determination ○ | Biennial Review ● | Other *(explain below)* ○ |
|---|---|---|

| SUPERVISOR'S APPROVAL (Print name below) | SIGNATURE | DATE |
|---|---|---|
| A. CIENFUEGOS, MD | | 11/22/2013 |

### PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL

### PART B – PANEL FINDINGS Any data typed in brackets in bold will not print

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost -of -living allowance.*

    BASE PAY: $104521          MARKET PAY: $108746

- LABOR MARKET FOR PSYCHIATRISTS IN SOUTHERN CALIFORNIA AND LOS ANGELES COUNTY IS COMPETITIVE. THE SERVICE CHIEF'S ANNUAL PAY RECOMMENDATION IS BASED UPON GLA'S INABILITY TO RECRUIT AND RETAIN HIGHLY TRAINED PSYCHIATRISTS WHO ARE ABLE TO CARE FOR THE SEVERELY ILL MEDICAL PATIENTS.

- Employee A IS BOARD CERTIFIED IN PSYCHIATRY AND HAS OVER 4 YEARS OF VA EXPERIENCE.

- BASED ON ASSESSMENT OF QUALIFICATIONS, EXPERIENCE, ACADEMIC ACHIEVEMENTS, ASSIGNED DUTIES AND RESPONSIBILITIES, THE PANEL CONCURRED THAT THE CURRENT TIER IS APPROPRIATE. THEY RECOMMENDED MAINTAINING ANNUAL SALARY OF $213267.

89

OFO/Petition No. 2025002227

## PANEL FINDINGS - Continued *Any data typed after screen scrolls will not print.*

EMPLOYEE A1

## COMPENSATION PANEL RECOMMENDATION

| ASSIGNMENT/ PAY TABLE | TIER | PAY RANGE OR RATE |
|---|---|---|
| Psych / 1 | 1 | $213,267 |

**LOCATION OF PANEL**   ☐ VACO  ☐ VISN  _____  ☒ VAMC  Greater Los Angeles

### SIGNATURE OF PANEL MEMBERS *(Additional signatures may be provided on an attached sheet)*

| CHAIRPERSON (Print name below) | SIGNATURE | DATE |
|---|---|---|
| W L George | *Crouse* | Nov 22, 2013 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| M Fang | *Muna a. Any* | Nov 22, 2013 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| M Lewis | *Men Le* | Nov 22, 2013 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| | | |
| HR TECHNICAL ADVISOR (Print name below) | SIGNATURE | DATE |
| | | Nov 22, 2013 |

### PART C - ACTION BY APPROVING OFFICIAL

**ANNUAL RATE OF PAY** *(Base Pay + Market Pay)*     $213,267

COMMENTS

Base: $104,521
market: $108,746

| APPROVAL (Print name and title) | SIGNATURE | DATE |
|---|---|---|
| Donna M. Beiter, RN, MSN, Director | *Donna M. Beiter* | 1/9/14 |

VA FORM
DEC 2005  **10-0432A**

OFO/Petition No. 2025002227

**DEPARTMENT OF**                                    **Memorandum**

**VETERANS AFFAIRS**

Date:    March 11, 2024

From:    Senior Strategic Business Partner, VA Greater Los Angeles Healthcare System

Subj:    Missing SF-50's for Employee A1

To:      Dr. Bonnie Olson

1. This memorandum serves as notice that VA Greater Los Angeles Healthcare System (VAGLAHCS) is unable to provide the requested SF-50 documents for Employee A1.  Human Resources utilizes HR Smart to process actions which generate a SF-50.  The SF-50 is transmitted and housed in the electronic Official Personnel File (eOPF) upon interface workflow completion.

2. As employee's terminate or transfer employment with VAGLAHCS, their HR Smart Record and eOPF record leave our visibility.  Effective June 25, 2016, VA Greater Los Angeles Healthcare System was no longer the legal custodian of records for Employee A1.

3. If you have any questions regarding this change, you may call me at (602) 580-2886.


Joseph Dronchi,
Senior Strategic Business Partner

OFO/Petition No. 2025002227

## Department of Veterans Affairs — COMPENSATION PANEL ACTION

| NAME | | LAST 4 DIGITS OF SSN | DATE |
|---|---|---|---|
| EMPLOYEE A2 | | | 12/11/15 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|---|---|---|---|
| Mental Health | Psychiatry | 1 | $218699 |

### PART A – REASON FOR COMPENSATION PANEL REVIEW

Initial Pay Determination ◯    Biennial Review ●    Other *(explain below)* ◯

| SUPERVISOR'S APPROVAL (Print name below) | SIGNATURE | DATE |
|---|---|---|
| B. Guze, MD | | 12/11/15 |

### PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL

### PART B – PANEL FINDINGS Any data typed after screen scrolls will not print

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost-of-living allowance.*

1. OVER 6 YEARS OF EXPERIENCE

2. NEED OR THE SPECIALTY/ASSIGNMENT AT THE FACILITY: OUR CLINICAL ACTIVITIES IN MENTAL HEALTH HAVE INCREASED IN NUMBER AND COMPLEXITY. GLA HAS HAD A DIFFICULT TIME RECRUITING AND RETAINING PHYSICIANS IN THIS AREA. THE COMMUNITY SALARIES FOR PSYCHIATRISTS ARE HIGHLY COMPETITIVE. AS A RESULT, THE VAGLA MUST CONTINUE TO FOCUS ON CREATING STRATEGIES TO RETAIN, AS WELL AS RECRUIT, SUCH PHYSICIANS.

3. LABOR MARKET FOR PSYCHIATRISTS IS EXTREMELY COMPETITIVE AS FEWER RESIDENCY GRADUATES CHOOSE TO WORK IN MENTAL HEALTH SETTINGS. ADDITIONALLY, GLA COMPETES WITH NUMEROUS AGENCIES IN THE LOS ANGELES AREA (INCLUDING KAISER, COUNTY AND STATE GOVERNMENTS ETC.) FOR QUALIFIED PROVIDERS. THE MEAN ANNUAL SALARY FOR PSYCHIATRISTS AT 1A FACILITIES IS $197,674.

4. BOARD CERTIFIED IN PSYCHIATRY

5. ACCOMPLISHMENTS IN SPECIALTY: ASSISTANT PROFESSOR

6. N/A

7. N/A

8. N/A

VA FORM
DEC 2005 **10-0432A**

OFO/Petition No. 2025002227

## PANEL FINDINGS - Continued (Any data input to this table should match the panel point)

EMPLOYEE A2

## COMPENSATION PANEL RECOMMENDATION

| ASSIGNMENT/ PAY TABLE | TIER | PAY RANGE OR RATE |
|---|---|---|
| Psychiatry / 2 | 1 | $218699 |

LOCATION OF PANEL    ☐ VACO  ☐ VISN  [            ]  ☒ VAMC    Greater Los Angeles

### SIGNATURE OF PANEL MEMBERS (Additional signatures may be provided on an attached sheet.)

| | SIGNATURE | DATE |
|---|---|---|
| CHAIRPERSON (Print name below) W L George | | Dec 10, 2015 |
| MEMBER (Print name below) K Henick | | Dec 10, 2015 |
| MEMBER (Print name below) M Lewis | | Dec 10, 2015 |
| MEMBER (Print name below) | | |
| HR TECHNICAL ADVISOR (Print name below) M Catala-Morales | | Dec 10, 2015 |

## PART C - ACTION BY APPROVING OFFICIAL

ANNUAL RATE OF PAY (Base Pay + Market Pay)          $218699

COMMENTS

BASE PAY:   $109953
MARKET PAY:  $108746
             $218699
ANNUAL PAY:

| APPROVAL (Print name and title) | SIGNATURE | DATE |
|---|---|---|
| Paul Bockelman, FACHE, Acting Director | | 12/23/15 |

VA FORM
DEC 2005  **10-0432A**



Page 2 of 2

OFO/Petition No. 2025002227

**DEPARTMENT OF**

# Memorandum

**VETERANS AFFAIRS**

Date:   March 11, 2024

From:   Senior Strategic Business Partner, VA Greater Los Angeles Healthcare System

Subj:   Missing SF-50's for Employee A2

To:     Dr. Bonnie Olson

1. This memorandum serves as notice that VA Greater Los Angeles Healthcare System (VAGLAHCS) is unable to provide the requested SF-50 documents for Employee A2. Human Resources utilizes HR Smart to process actions which generate a SF-50. The SF-50 is transmitted and housed in the electronic Official Personnel File (eOPF) upon interface workflow completion.

2. As employee's terminate or transfer employment with VAGLAHCS, their HR Smart Record and eOPF record leave our visibility. Effective June 25, 2016, VA Greater Los Angeles Healthcare System was no longer the legal custodian of records for Employee A2.

3. If you have any questions regarding this change, you may call me at (602) 580-2886.

Joseph Dronchi,
Senior Strategic Business Partner

94

OFO/Petition No. 2025002227

## Department of Veterans Affairs — COMPENSATION PANEL ACTION

| NAME | LAST 4 DIGITS OF SSN | DATE |
|------|----------------------|------|
| Employee B1 | | 7/20/16 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|------------------|------------|--------------|---------------|
| Mental Health | Psychiatry | 1 | $196335 |

### PART A - REASON FOR COMPENSATION PANEL REVIEW

| Initial Pay Determination ◯ | Biennial Review | Other *(explain below)* ● |
|---|---|---|

USH Mandatory Mkt Pay Review

| SUPERVISOR'S APPROVAL *(Print name below)* | SIGNATURE | DATE |
|---|---|---|
| B. Guze, MD | | 7/20/16 |

**PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL**

### PART B – PANEL FINDINGS

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost -of -living allowance.*

1. Has over 3 years of clinical experience.

2. Need or the Specialty/Assignment at the Facility: Our clinical activities in Psychiatry and Mental Health have increased in number and complexity. GLA has had a difficult time recruiting and retaining physicians in this area.

3. Labor market for Psychiatrists is competitive as fewer residency graduates choose to work in a clinical setting. Additionally, GLA competes with numerous agencies in the Los Angeles area (including Kaiser, County and State governments etc.) for qualified providers. The mean annual salary for Psychiatrists at 1A facilities in March 2015 was $197,674. The average salary for a psychiatrist in the LA area according to the 2015 Hay Group was $221,100.

4. Board Certifications: ABPN

5. Fellowships Completed: No fellowship recorded

6. N/A

7. Academic Rank: Assistant Professor

8. N/A

VA FORM
DEC 2005 **10-0432A**

Page 1 of 2



OFO/Petition No. 2025002227

| PANEL FINDINGS - Continued |
|---|

Employee B1

## COMPENSATION PANEL RECOMMENDATION

| ASSIGNMENT/ PAY TABLE | | TIER | PAY RANGE OR RATE |
|---|---|---|---|
| Psychiatry / 2 | | 1 | 196,335 - 197,400 |

| LOCATION OF PANEL | ☐ VACO ☐ VISN | ☒ VAMC | Greater Los Angeles |
|---|---|---|---|

### SIGNATURE OF PANEL MEMBERS *(Additional signatures may be provided on an attached sheet.)*

| CHAIRPERSON (Print name below) | SIGNATURE | DATE |
|---|---|---|
| W L George | | Jul 20, 2016 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| C Graber | | Jul 20, 2016 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| K Henick | | Jul 20, 2016 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| | | |
| HR TECHNICAL ADVISOR (Print name below) | SIGNATURE | DATE |
| J Reta | | Jul 20, 2016 |

## PART C - ACTION BY APPROVING OFFICIAL

ANNUAL RATE OF PAY *(Base Pay + Market Pay)*    $197,400

COMMENTS

Base Pay: $104,322

Market Pay: $93,078

| APPROVAL (Print name and title) | SIGNATURE | DATE |
|---|---|---|
| Ann R. Brown, FACHE, Director | | 12/19/16 |

VA FORM
DEC 2005 **10-0432A**

Page 2 of 2



Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION** OFO Petition No. 2025002227

| 1. Name (Last, First, Middle) | | 2. Social Security Number: | 3. Year of Birth | 4. Effective Date |
|---|---|---|---|---|
| **Employee B1** | | | 1977 | 12/25/2016 |

## FIRST ACTION / SECOND ACTION

| 5–A. Code | 5–B. Nature of Action | 6–A. Code | 6–B. Nature of Action |
|---|---|---|---|
| 894 | **GENERAL ADJUSTMENT PAY ADJ** | | |
| **5–C. Code** | **5–D. Legal Authority** | **6–C. Code** | **6–D. Legal Authority** |
| V8V | P.L. 108-445, DATED 12/3/ 2004 | | |
| **5–E. Code** | **5–F. Legal Authority** | **6–E. Code** | **6–F. Legal Authority** |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| PHYSICIAN (REGULAR FT)<br>PD: 077300 | PHYSICIAN (REGULAR FT)<br>PD: 077300<br>POSITION: 91297167 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VM | 0602 | PHYS | 02 | $196,335.00 | PA | VM | 0602 | PHYS | 02 | $197,400.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $104,322.00 | $92,013.00 | $196,335.00 | $0 | $104,322.00 | $93,078.00 | $197,400.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| VETERANS HEALTH ADMINISTRATION<br>MENTAL HEALTH CARE<br>W/LOS ANGELES CA USA | VETERANS HEALTH ADMINISTRATION<br>MENTAL HEALTH CARE<br>W/LOS ANGELES CA USA |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1 – None   3 – 10–Point/Disability   5 – 10–Point/Other<br>2 – 5–Point   4 – 10–Point/Compensable   6 – 10–Point/Compensable/30% | 1 | 0 – None   2 – Conditional<br>1 – Permanent   3 – Indefinite | | YES  X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| G0 | **BASIC + OPTION B (1X)** | 9 | **NOT APPLICABLE** | 0 | **REGULAR RATE** |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KR | **FERS RAE AND FICA** | 07/28/2013 | F | **FULL TIME** | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 | 1 – Competitive Service   3 – SES General<br>2 – Excepted Service   4 – SES Career Reserved | E | E – Exempt<br>N – Nonexempt | 8203-2122 | 1276 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 06-1980-037 | SEPULVEDA   CA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 691S | | | | |

**45. Remarks**

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| **DEPARTMENT OF VETERANS AFFAIRS** | **ELECTRONICALLY SIGNED BY:** |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | **BRENDA CABUNOC** |
|---|---|---|---|
| **VATA** | **1625** | **12/19/2016** | **HUMAN RESOURCES OFFICER** |

5–Part 50–316                 **2 - OPF Copy - Long-Term Record - DO NOT DESTROY**                 Editions Prior to 7/91 Are Not Usable After 6/30/93<br>NSN 7540–01–333–6238

97

OFO/Petition No. 2025002227

## Department of Veterans Affairs — COMPENSATION PANEL ACTION

| NAME | | LAST 4 DIGITS OF SSN | DATE |
|------|--|----------------------|------|
| Employee C1 | | | Apr 8, 2016 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|------------------|-----------|--------------|---------------|
| Psychiatry | Psychiatry | | |

### PART A - REASON FOR COMPENSATION PANEL REVIEW

| Initial Pay Determination ⦿ | Biennial Review ⦾ | Other (explain below) ⦾ |
|---|---|---|

| SUPERVISOR'S APPROVAL (Print name below) | SIGNATURE | DATE |
|---|---|---|
| B Guze, MD | | Apr 8, 2016 |

### PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL

### PART B - PANEL FINDINGS

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost -of -living allowance.*

1. Will complete psychiatry residency at UCSF in July 2016.

2. Need or the Specialty/Assignment at the Facility: Our clinical activities in Psychiatry and Mental Health have increased in number and complexity. GLA has had a difficult time recruiting and retaining physicians in this area. Employee D will work in PC-MHI to increase access.

3. Labor market for Psychiatrists is competitive as fewer residency graduates choose to work in a clinical settings.  Additionally, GLA competes with numerous agencies in the Los Angeles area (including Kaiser, County and State governments etc.) for qualified providers. The mean annual salary for Psychiatrists at 1A facilities is $197,674.

4. Board eligible in Psychiatry

5. N/A

6. N/A

7. N/A

8. N/A

VA FORM
DEC 2005 **10-0432A**

Page 1 of 2

98

OFO/Petition No. 2025002227

| PANEL FINDINGS - Continued |
| --- |

Employee C1

| COMPENSATION PANEL RECOMMENDATION | | |
| --- | --- | --- |
| **ASSIGNMENT/ PAY TABLE** | **TIER** | **PAY RANGE OR RATE** |
| Psychiatry / 2 | 1 | $210,000 |

| **LOCATION OF PANEL** | ☐ VACO | ☐ VISN | | ☒ VAMC | Greater Los Angeles |
| --- | --- | --- | --- | --- | --- |

**SIGNATURE OF PANEL MEMBERS** *(Additional signatures may be provided on an attached sheet.)*

| | SIGNATURE | DATE |
| --- | --- | --- |
| **CHAIRPERSON** *(Print name below)* | | |
| W L George | | Apr 8, 2016 |
| **MEMBER** *(Print name below)* | SIGNATURE | DATE |
| C Graber | | Apr 8, 2016 |
| **MEMBER** *(Print name below)* | SIGNATURE | DATE |
| K Henick | | Apr 8, 2016 |
| **MEMBER** *(Print name below)* | SIGNATURE | DATE |
| | | |
| **HR TECHNICAL ADVISOR** *(Print name below)* | SIGNATURE | DATE |
| J Reta | | Apr 8, 2016 |

| PART C - ACTION BY APPROVING OFFICIAL | |
| --- | --- |
| **ANNUAL RATE OF PAY** *(Base Pay + Market Pay)* | $210,000 |

**COMMENTS**

Base Pay: $100,957
Market Pay: $109,043

| **APPROVAL** *(Print name and title)* | SIGNATURE | DATE |
| --- | --- | --- |
| Ann R. Brown, FACHE, Director | | 4/15/16 |

VA FORM
DEC 2005 **10-0432A**

Page 2 of 2

99

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION** OPON Petition No. 2025002227

| 1. Name (Last, First, Middle) | | | | 2. Social Security Number | 3. Year of Birth | 4. Effective Date |
|---|---|---|---|---|---|---|
| Employee C1 | | | | | 1986 | 10/02/2016 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5–A. Code 170 | 5–B. Nature of Action EXC APPT | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code V8V | 5–D. Legal Authority 38 USC 7401(1) | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | PHYSICIAN (REGULAR FT) PD: 085850 POSITION: 91374694 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | VM | 0602 | PHYS | 01 | $210,000.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $100,957.00 | $109,043.00 | $210,000.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | VETERANS HEALTH ADMINISTRATION MENTAL HEALTH CARE W/LOS ANGELES CA USA |

**EMPLOYEE DATA**

| 23. Veterans Preference | | | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF | |
|---|---|---|---|---|---|---|---|
| 1 | 1 – None  2 – 5–Point | 3 – 10–Point/Disability  4 – 10–Point/Compensable | 5 – 10–Point/Other  6 – 10–Point/Compensable/30% | 1  0 – None  1 – Permanent  2 – Conditional  3 – Indefinite | | YES X | NO |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant | |
|---|---|---|---|---|---|
| C0 | BASIC ONLY | 9 | NOT APPLICABLE | 0 | REGULAR RATE |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part–Time Hours Per |
|---|---|---|---|---|---|
| KF | FERS FRAE AND FICA (FULL) | 10/02/2016 | F | FULL TIME | Biweekly Pay Period |

**POSITION DATA**

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|
| 2 | 1 – Competitive Service  2 – Excepted Service  3 – SES General  4 – SES Career Reserved | E  E – Exempt  N – Nonexempt | 8203-2122 | 1276 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 06-1980-037 | W/LOS ANGELES   CA |

| 40. Agency Data 691 | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks
ELIGIBLE FOR HEALTH & LIFE VIN #1621351
SELECTED FROM RN-16-JBA-06746SO DATED 04/29/2016
APPOINTMENT AFFIDAVIT EXECUTED  10/03/2016
BOARD ACTION APPROVED 06/17/2016
COMPENSATION PANEL ACTION DECISION DATED 04/15/2016
SUBJECT TO COMPLETION OF 2 YEAR PROBATIONARY PERIOD COMMENCING 10/02/2016
CONTINUED EMPLOYMENT IN THIS POSITION IS CONDITIONED UPON FAVORABLE ADJUDICATION OF APPLICABLE BACKGROUND
INVESTIGATION OR NATIONAL AGENCY CHECK WITH WRITTEN INQUIRIES (NACI).
ENTITLED TO ANNUAL LEAVE.
FROZEN SERVICE: NONE
CREDITABLE MILITARY SERVICE: NONE
PREVIOUS RETIREMENT COVERAGE:  NEVER COVERED
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS-FRAE.

| 46. Employing Department or Agency DEPARTMENT OF VETERANS AFFAIRS | | 50. Signature/Authentication and Title of Approving Official ELECTRONICALLY SIGNED BY: |
|---|---|---|
| 47. Agency Code VATA | 48. Personnel Office ID 1625 | 49. Approval Date 10/02/2016 | BRENDA CABUNOC HUMAN RESOURCES OFFICER |

5–Part 50–316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

