OFO/Petition No. 2025002227

| **VA** Department of Veterans Affairs | **COMPENSATION PANEL ACTION** | | |
|---|---|---|---|
| NAME | | LAST 4 DIGITS OF SSN | DATE |
| Employee C2 | | | 4/13/18 |
| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
| Mental Health | Psychiatry | 1 | $212,438 |

## PART A - REASON FOR COMPENSATION PANEL REVIEW

| Initial Pay Determination ○ | Biennial Review ● | Other *(explain below)* ○ |
|---|---|---|

| SUPERVISOR'S APPROVAL (Print name below) | SIGNATURE | DATE |
|---|---|---|
| B. Guze, MD | | 4/13/18 |

**PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL**

## PART B – PANEL FINDINGS

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost -of -living allowance.*

1. Has over 1 years of clinical experience

2. Need or the Specialty/Assignment at the Facility: Our clinical activities in Psychiatry and Mental Health have increased in number and complexity. GLA has had a difficult time recruiting and retaining physicians in this area.

3. Labor market for Psychiatrists is competitive as fewer residency graduates choose to work in a clinical setting. Additionally, GLA competes with numerous agencies in the Los Angeles area (including Kaiser, County and State governments etc.) for qualified providers. The mean annual salary for Tier 2 Psychiatrists at 1A facilities in December 2017 was $240,579.

4. Board Certifications: ABPN

5. Fellowships Completed:  No fellowship recorded

6. N/A

7. Academic Rank: Clinical Instructor (HS)

8. N/A

VA FORM
DEC 2005 **10-0432A**

Page 1 of 2

101

OFO/Petition No. 2025002227

| PANEL FINDINGS - Continued |
|---|

Employee C2

| COMPENSATION PANEL RECOMMENDATION |
|---|

| ASSIGNMENT/ PAY TABLE | | TIER | PAY RANGE OR RATE |
|---|---|---|---|
| Psychiatry / 2 | | 1 | 226,000 |

| LOCATION OF PANEL | ☐ VACO | ☐ VISN | ☐ | ☒ VAMC | Greater Los Angeles |
|---|---|---|---|---|---|

**SIGNATURE OF PANEL MEMBERS** *(Additional signatures may be provided on an attached sheet.)*

| CHAIRPERSON *(Print name below)* | SIGNATURE | DATE |
|---|---|---|
| W L George | | Apr 4, 2018 |
| MEMBER *(Print name below)* | SIGNATURE | DATE |
| M Fang | | Apr 4, 2018 |
| MEMBER *(Print name below)* | SIGNATURE | DATE |
| K Renick | | Apr 4, 2018 |
| MEMBER *(Print name below)* | SIGNATURE | DATE |
| | | |
| HR TECHNICAL ADVISOR *(Print name below)* | SIGNATURE | DATE |
| J Buan | | Apr 4, 2018 |

| PART C - ACTION BY APPROVING OFFICIAL |
|---|

| ANNUAL RATE OF PAY *(Base Pay + Market Pay)* | $226,000 |
|---|---|

COMMENTS

Base: $116,957

market: $109,043

| APPROVAL *(Print name and title)* | SIGNATURE | DATE |
|---|---|---|
| Ann R. Brown, FACHE, Director | | 7/20/18 |

102

OFO/Petition No. 2025002227

**DEPARTMENT OF**        # Memorandum

**VETERANS AFFAIRS**

Date:     March 11, 2024

From:    Senior Strategic Business Partner, VA Greater Los Angeles Healthcare System

Subj:     Missing SF-50's for Employee C2

To:      Dr. Bonnie Olson

1. This memorandum serves as notice that VA Greater Los Angeles Healthcare System (VAGLAHCS) is unable to provide the requested SF-50 document for Employee C2. Through an Audit of Human Resources HR Smart and electronic Official Personnel File (eOPF), Employee C2 will have a retroactive correction with a generation of a new SF-50.

2. If you have any questions regarding this change, you may call me at (602) 580-2886.

Joseph Dronchi,
Senior Strategic Business Partner

OFO/Petition No. 2025002227

# Exhibit H

**Appellant's Brief in Support of Appeal/Petition for
Enforcement of Prior OFO Order
01/10/25**



104

OFO/Petition No. 2025002227

| | |
|---|---|
| **From:** | Steven Brown |
| **To:** | Dronchi, Joseph R. (he/him/his); Erika Bauer; Daniel Goodkin, Esq. |
| **Cc:** | Ney, Maureen (OGC) |
| **Subject:** | Back pay calculation |
| **Date:** | Wednesday, June 12, 2024 1:53:31 PM |

Mr. Dronchi –

I am following up again on the back pay issue, since we failed to get together on the phone to discuss this in late April.

Our client Dr. Olson recently discussed this issue with Dr. Shaner, and he informed her that in computing his back pay the VA used substantially different comparators than those it used when computing her back pay. As your office may recall, in the Shaner case virtually the same back pay period (starting in 2013) was involved, and Olson (DOB 11/1957) and Shaner (DOB 1/1958) are close in age. According to Dr. Shaner, the comparators used in his case were:

2013-2014 (for both years) - DOB of comparator was 7/19/75, who was being paid $112,013 in market pay per year;

2015 - DOB of comparator was 8/19/66 (she and Dr. Shaner believe this was Steve Chen M.D.), who was being paid $133,783 in market pay per year;

2016 - DOB of same comparator 8/19/66, who was being paid $135,158 in market pay per year;

2017 and 2018 - DOB of comparator was 8/1970, who was being paid $143,033 in market pay per year;

2019 and 2020 - DOB of comparator was 8/1970, who was being paid $171,355 in market pay per year.

So, our question is, why then is the VA still attempting in this Olson case to use the following, lower-paid, doctors as comparators:

08/2013-12/2014 (for both years) - DOB of comparator was 7/1975, who was being paid $108,746 in market pay per year;

2015 - DOB of (a different) comparator was 7/1975, who was being paid $108,746 in market pay per year;

2016 - DOB of comparator was 7/1977, who was being paid $93,078 in market pay per year;

2017 and 2018 - DOB of comparator was 2/1986, who was being paid $109,403 in market pay per year;

2019 and 2020 - DOB of comparator was 2/1986, who was being paid $109,043 in market pay per year?

In other words, there were differences between the (higher) pay of comparators in the Shaner case and the (lower) pay of comparators in the Olson case. These differences are both substantial and unexplained.

For 2013-2014, the difference was $3,267. For 2015, the difference was $25,037. For 2016, the

difference was $42,080. For 2017-2018, the difference was $33,630. For 2019-2020, the difference was $62,312. The total of these differences is over $150,000.

This dispute over the correct and accurate calculation of back pay has been going on now for quite a while. At this point I must insist that we discuss and resolve the issue within the next thirty (30) days. I do not want to have to file another appeal, but will do so if either (A) no one at VA can explain how the figures we have been given in this case could possibly be accurate, or (B) we can agree on figures and resolve the issue.

Steven E. Brown
**Brown & Goodkin,** Federal Employment Rights Attorneys
**910 Hampshire Road, Suite G, Westlake Village, CA 91361-2888**
**805-496-9777 voice; 805-496-6368 fax**
Website: www.federal-law.com
sbrownesq@federal-law.com
Member: Workers Injury Law&Advocacy Group (WILG) – Founding/Former Chair, FECA Section; National Employment Lawyers Association (NELA) – Federal Employee Rights Committee; National Academy of Social Insurance (NASI); American Association for Justice (AAJ). This email is protected by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This email message, and any files transmitted with it, are also subject to the attorney-client privilege and the attorney work-product doctrine. They contain confidential information intended only for the person(s) to whom this email message is addressed. If you are not the intended recipient, your receipt of this message and any attachments is an unauthorized or unintended disclosure. If received in error, please notify the sender immediately by telephone at 805-496-9777 or at admin@federal-law.com and destroy the original message, including electronic copies and attachments, without forwarding or making a copy. Thank you. Brown & Goodkin's physical location is not open to the public unless a case necessitates such access. Brown & Goodkin employees are available by phone and e-mail during normal business hours. Brown & Goodkin continues to operate as a primarily paperless office. Please send copies only of documents electronically, whenever possible, to avoid delays.


**From:** Dronchi, Joseph R. (he/him/his) <Joseph.Dronchi@va.gov>
**Sent:** Friday, April 19, 2024 10:42 AM
**To:** Erika Bauer <Erika@federal-law.com>
**Cc:** Ney, Maureen (OGC) <Maureen.Ney@va.gov>; Steven Brown <Sbrownesq@federal-law.com>
**Subject:** RE: Meeting - 04/18/24

Good Morning Ms. Bauer,

Mrs. Atour Bouza went home sick this morning from work. She is the Subject Matter Expert on Market Pay and worked exclusive on Dr. Olson's market pay.

Would you please provide your next opportunity for schedule? We are unable to send a link for the



OFO/Petition No. 2025002227

call with MS teams, for external parties, but I will work through the IT office to set up a Webex meeting with link that is similar in nature and function for the call.

Best regards,

**Joseph Dronchi (He/Him/Ally)**
Senior Strategic Business Partner
Human Resources Strategic Business Unit (SBU)
VA Greater Los Angeles Healthcare System
VISN 22 Human Resources Management Service (10N22/05)
Veterans Health Administration
US Department of Veterans Affairs
Office Phone : (310) 478-3711 Ext. 43903
**V22 HRMS SharePoint:** https://dvagov.sharepoint.com/sites/VHAV22HR/SitePages/Home.aspx
How was my service today?  We value your feedback – please click on the link to take the *V22 HRMS Voice of the Customer Survey*

This e-mail is intended only for the person or entity to which it is addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure.  Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient or for official internal VHA/VA business is prohibited.  If you have received this e-mail in error, please notify the sender by reply e-mail, and destroy the original message and all copies.

**From:** Erika Bauer <Erika@federal-law.com>
**Sent:** Thursday, April 18, 2024 2:20 PM
**To:** Dronchi, Joseph R. (he/him/his) <Joseph.Dronchi@va.gov>
**Cc:** Ney, Maureen (OGC) <Maureen.Ney@va.gov>; Steven Brown <Sbrownesq@federal-law.com>
**Subject:** [EXTERNAL] Meeting - 04/18/24

Hello Mr. Dronchi,

This email is a reminder about the meeting that we had set up between you and attorney Steven Brown for Friday, 04/19/24 at 11:00 am PDT.

You had mentioned sending MS Teams info for a call, but I do not see that we have received anything. Therefore, please call the main line at 805-496-9777 at 11:00 am PDT tomorrow and ask to be transferred to attorney Brown.

Respectfully,

Erika E. Bauer,  Supervisory Paralegal
Brown & Goodkin, Federal Employment Rights Attorneys
910 Hampshire Rd., Suite G, Westlake Village, CA 91361-2888
Telephone: (805) 496-9777  Fax: (805) 496-6368
https://federal-law.com – erika@federal-law.com


107

OFO/Petition No. 2025002227

This email is protected by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521
and is legally privileged. This e-mail message, and any files transmitted with it, are also subject
to the attorney-client privilege and the attorney work-product doctrine. They contain
confidential information intended only for the person(s) to whom this email message is
addressed. If you are not the intended recipient, your receipt of this message and any
attachments is an unauthorized or unintended disclosure. If received in error, please notify the
sender immediately by telephone at 805-496-9777 or at admin@federal-law.com and destroy
the original message, including electronic copies, without forwarding or making a copy. Thank
you.

108

OFO/Petition No. 2025002227

# Exhibit I

**Appellant's Brief in Support of Appeal/Petition for Enforcement of Prior OFO Order**
**01/10/25**



OFO/Petition No. 2025002227

| From: | BONNIE OLSON |
|---|---|
| To: | Steven Brown |
| Cc: | Erika Bauer |
| Subject: | How I crunched the numbers |
| Date: | Saturday, September 21, 2024 5:03:36 PM |

Hello again Steve,

I apologize for the huge font but I just wanted to clear and I never learned Excel.

This is how I calculated what is owed me:

| Year | Comparator Birthdate | Comparator Market Pay | Dr. Olson's Market Pay | The difference |
|---|---|---|---|---|
| 2013 | 11-75 | $98,213 | $59,062 | $39,151 |
| 2014 | 8-66 | $131,030 | $59,062 | $71,971 |
| 2014 | 8-66 | $131,033 | $59,062 | $71,971 |
| 2016 | 4-70 | $143,033 | $59,062 | $83,971 |
| 2017 | 4-70 | $143,033 | $90,403 | $52,630 |
| 2018 | 8-70 | $171,355 | $90,403 | $80,952 |
| 2019 | 8-70 | $171,355 | $102,424 (see "a" below) | $68,931 |
| 2020 | 8-70 | $171,335 | $108,347 | $62,988 |

110

OFO/Petition No. 2025002227

TOTAL SUM OF "The
difference"———————————————————————————————————--$532,564

These comparators are the ones originally given to me by Mr. Mondragon in HR in
Florida, where GLA-VA initially referred me AND before GLA-VA back-pedaled
and produced their own "comparators"

I was given a raise 4 mos into the year
$90,403 x 0.33 ( or 4 mos) = $29,832
+$108,347x 0.67 (or 8 mos) =$72,592.49
—————————————————————————
$102,424

If I use the comparators Dr. Shaner told me were used in his settlement the tally
comes out to $487,995. I am assuming that they may only pay part of 2013. Even
so, that would leave $435K if you left out all of 2013.

I believed I was making a conservative estimate of what is owed, given 220K has
been paid.

What am I missing here?

Bonnie

OFO/Petition No. 2025002227

# Exhibit J

**Appellant's Brief in Support of Appeal/Petition for Enforcement of Prior OFO Order 01/10/25**



OFO/Petition No. 2025002227

| DEPARTMENT OF DEFENSE | | | | | | 1. Pay Period End |
|---|---|---|---|---|---|---|
| | | | | | | 04/23/22 |

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | 2. Pay Date |
|---|---|
| | 04/29/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| OLSON BONNIE L | VM    15    15 | 78.29 | 117.44 | 162849.00    109043.00 271892.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-9423 | 0.00 | E | 04/08/90 | 685 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| WELLS FARGO BANK NA | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 385 | | 0 | 0 | | | FERS:    25185.98 | |
| CA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 230362.94 | 316197.34 | |
| TAXABLE WAGES | 229495.47 | 308394.13 | |
| NONTAXABLE WAGES | 127.47 | 1143.21 | |
| TAX DEFERRED WAGES | 740.00 | 6660.00 | |
| DEDUCTIONS | 80752.81 | 117851.66 | |
| AEIC | | | |
| NET PAY | 149610.13 | 198345.68 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 6263.20 | MARKET PAY | | 4193.60 | | | |

### RETROACTIVE EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| MARKET PAY | | 219906.14 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | B0 | 760.65 | 760.65 | FEGLI OPTNL | B | 3358.80 | 3358.80 |
| FEHB | 104 | 127.47 | 1143.21 | MEDICARE | | 4373.90 | 5603.77 |
| OASDI | | 3855.24 | 9114.00 | RETIRE, FERS | K | 1842.90 | 2511.03 |
| TAX, FEDERAL | | 50471.60 | 67706.48 | TAX, STATE | CA | 15222.25 | 20993.72 |
| TSP SAVINGS | | 740.00 | 6660.00 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 296.00 | 8.00 | 64.00 | | | | 360.00 | |
| SICK | 1140.00 | 4.00 | 32.00 | | | | 1172.00 | |
| TIME OFF AWD | | | 4.00 | | | | 4.00 | |
| HOLIDAY | | | | | 16.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 380.36 | 380.36 | FEHB | 244.86 | 2200.46 |
| MEDICARE | 3338.41 | 4568.28 | OASDI | 3855.24 | 9114.00 |
| RETIRE, FERS | 37109.16 | 52476.83 | TSP BASIC | 4502.80 | 5347.48 |
| TSP MATCHING | 739.93 | 4118.77 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
MISSED TAX DAY? CALL THE IRS FOR ASSISTANCE AT
1-800-829-1040 OR ACCESS THEIR WEBSITE AT WWW.IRS.GOV.
CHANGES ARE COMING TO THE THRIFT SAVINGS PLAN: TSP.GOV/CHANGES
PRETAX FEHB EXCLUSION $    127.47

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

113

EXHIBIT

D

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| | | | 11█/1975 | 6/30/2013 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| █-A. Code 894 | 5-B. Nature of Action PAY ADJUSTMENT | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code V8V | 5-D. Legal Authority 38 U.S.C., CH. 74 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | | | | | 15. TO: Position Title and Number | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PHYSICIAN | | | | | PHYSICIAN | | | | |
| 076480 | | | | | 076480 | | | | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AD | 0602 | PHYS | 01 | $180,000 | PA | AD | 0602 | PHYS | 01 | $196,200 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $97,987 | $82,013 | $180,000 | $0 | $97,987 | $98,213 | $196,200 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| VA GREATER LA HCS<br>MENTAL HEALTH CARE<br>W/LOS ANGELES CA | VA GREATER LA HCS<br>MENTAL HEALTH CARE<br>W/LOS ANGELES CA |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1 = None  3 = 10-Point/Disability  5 = 10-Point/Other<br>2 = 5-Point  4 = 10-Point/Compensable  6 = 10-Point/Compensable/30% | 1 | 0 = None  2 = Conditional<br>1 = Permanent  3 = Indefinite | | YES  X  NO |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant | |
|---|---|---|---|---|---|
| L0 | BASIC + OPTION B (2X) + OPTION A | 9 | NOT APPLICABLE | 0 | REGULAR RATE |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|---|
| K | FERS & FICA | 7/1/2012 | P | PART-TIME | 50 |

## POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| 2 | 1 = Competitive Service  3 = SES General<br>2 = Excepted Service  4 = SES Career Reserved | E | E = Exempt<br>N = Nonexempt | 8203.2122 | 1276 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 06-1980-037 | W/LOS ANGELES CA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 691 | | | | |

45. Remarks
ASSIGNMENT:  PSYCHIATRY
P&D MARKET PAY INCREASED TO BE EQUIVALENT TO THE MINIMUM OF THE NEW PAY RANGE FOR THE SPECIALITY.
P&D MARKET PAY REVIEW/INCREASE.
AMOUNT IN ITEM 20 INCLUDES P&D MARKET PAY.
AMOUNT IN ITEM 20C INCLUDES P&D MARKET PAY OF $ 98,213.
P & D MARKET PAY IS AUTHORIZED UNDER P. L. 108-445 AND IS BASE PAY FOR RETIREMENT, LIFE INSURANCE, AND
OTHER BENEFITS RELATED TO BASIC PAY.
TOTAL PAY DETERMINED BY P&D PAY TABLE 1

| 6. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | BRENDA CABUNOC |

| 7. Agency Code | 48. Personnel Office ID | 49. Approval Date | HUMAN RESOURCES OFFICER |
|---|---|---|---|
| VA TA | 1625 | 7/22/2013 | ELECTRONICALLY SIGNED |

Part 50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable after 6/30/93

(115)

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| ▉ | | ▉ | 8/▉/1966 | 11/2/2014 |

**FIRST ACTION** — **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 170 | EXCEPTED APPOINTMENT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| V8V | 38 U.S.C. 7405(A)(1) | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
PHYSICIAN
037620

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | AD | 0602 | PHYS | 01 | $230,000 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $98,967 | $131,033 | $230,000 | $0 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
VA GREATER LA HCS
MENTAL HEALTH CARE
W/LOS ANGELES CA

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1=None 2=5-Point 3=10-Point/Disability 4=10-Point/Compensable 5=10-Point/Other 6=10-Point/Compensable/30% | 1  0=None 1=Permanent 2=Conditional 3=Indefinite | | YES  X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| CO  BASIC LIFE ONLY | 9  NOT APPLICABLE | 0  REGULAR RATE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS FRAE & FICA | 11/2/2014 | P  PART-TIME | 40 |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1=Competitive Service 2=Excepted Service 3=SES General 4=SES Career Reserved | E  E=Exempt N=Nonexempt | 8203.2122 | 1276 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 06-1980-037 | W/LOS ANGELES CA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 691 | | | | |

45. Remarks
ASSIGNMENT: PSYCHIATRY
APPOINTMENT AFFIDAVIT EXECUTED 11-03-2014.
SELECTED FROM VIN #: 14-1124966-MCY DATED: 6/11/2014
COMPENSATION PANEL APPROVED ON 8/15/2014
AMOUNT IN ITEM 20 INCLUDES P&D MARKET PAY.
AMOUNT IN ITEM 20C INCLUDES P&D MARKET PAY OF $131,033.
P & D MARKET PAY IS AUTHORIZED UNDER P. L. 108-445 AND IS BASE PAY FOR RETIREMENT, LIFE INSURANCE, AND OTHER BENEFITS RELATED TO BASIC PAY.
TOTAL PAY DETERMINED BY P&D PAY TABLE 1
SUBJECT TO COMPLETION OF 2 YEAR PROBATIONARY PERIOD COMMENCING: 11/02/2014.
CONTINUED EMPLOYMENT IN THIS POSITION IS CONDITIONED UPON FAVORABLE ADJUDICATION OF APPLICABLE BACKGROUND INVESTIGATION OR NATIONAL AGENCY CHECK WITH WRITTEN INQUIRIES (NACI)
FROZEN SERVICE: NONE.
CREDITABLE MILITARY SERVICE: NONE.
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED.
*** REMARKS CONTINUED ON THE NEXT PAGE ***

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | BRENDA CABUNOC |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | HUMAN RESOURCES OFFICER |
| VA TA | 1625 | 11/2/2014 | ELECTRONICALLY SIGNED |

–Part 50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

116

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | ▇▇▇▇▇ | 04/██/1970 | 12/10/2017 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| **5-A. Code** 170 | **5-B. Nature of Action** EXC APPT | **6-A. Code** | **6-B. Nature of Action** |
| **5-C. Code** V8V | **5-D. Legal Authority** 38 USC 7401(1) | **6-C. Code** | **6-D. Legal Authority** |
| **5-E. Code** | **5-F. Legal Authority** | **6-E. Code** | **6-F. Legal Authority** |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
PHYSICIAN (REGULAR FT)
PD: 073910
POSITION: 91107834

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | VM | 0602 | PHYS | 01 | $245,000.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $101,967.00 | $143,033.00 | $245,000.00 | $0 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
VETERANS HEALTH ADMINISTRATION
MENTAL HEALTH CARE
W/LOS ANGELES CA USA

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1=None  3=10-Point/Disability  5=10-Point/Other  2=5-Point  4=10-Point/Compensable  6=10-Point/Compensable/30% | 2  0=None  2=Conditional  1=Permanent  3=Indefinite | | YES  X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC ONLY | 9  NOT APPLICABLE | 0  REGULAR RATE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS FRAE AND FICA (FULL) | 12/10/2017 | F  FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1=Competitive Service  3=SES General  2=Exempted Service  4=SES Career Reserved | E  E=Exempt  N=Nonexempt | 8203-2122 | 1276 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 06-1980-037 | W/LOS ANGELES   CA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 691 | | | | |

**45. Remarks**
ELIGIBLE FOR HEALTH AND LIFE ISSURANCE.
DIRECT HIRE, DATED: 11/16/2017.
P & D MARKET PAY IS AUTHORIZED UNDER P. L. 108-445 AND IS BASE PAY FOR RETIREMENT, LIFE INSURANCE, AND OTHER BENEFITS RELATED TO BASIC PAY.
BOARD ACTION APPROVED *
COMPENSATION PANEL A  PPROVED PENDING DIRECTOR'S SIGNATURE.
SUBJECT TO COMPLETION OF 2 YEAR PROBATIONARY PERIOD COMMENCING *12102019
CONTINUED EMPLOYMENT IN THIS POSITION IS CONDITIONED UPON FAVORABLE ADJUDICATION OF APPLICABLE BACKGROUND INVESTIGATION OR NATIONAL AGENCY CHECK WITH WRITTEN INQUIRIES (NACI).
ENTITLED TO ANNUAL LEAVE.
FROZEN SERVICE: NONE.
CREDITABLE MILITARY SERVICE: NONE
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED.
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS

| ▎. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | ELECTRONICALLY SIGNED BY: |

| ▎. Agency Code | 48. Personnel Office ID | 49. Approval Date | MICHAEL PAYNE |
|---|---|---|---|
| ▎ATA | 1625 | 12/10/2017 | HUMAN RESOURCES OFFICER |

▎art 50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93

(117)

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| ██████████ | | ██████████ | 08/██/1970 | 09/16/2018 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code<br>894 | 5–B. Nature of Action<br>GENERAL ADJUSTMENT PAY ADJ | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code<br>V8V | 5–D. Legal Authority<br>P.L. 108-445, DATED 12/3/ 2004 | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number<br>PHYSICIAN<br>PD: 085870<br>POSITION: 91369692 | | | | | 15. TO: Position Title and Number<br>PHYSICIAN<br>PD: 085870<br>POSITION: 91369692 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8. Pay Plan<br>AD | 9. Occ. Code<br>0602 . | 10. Grade or Level<br>PHYS | 11. Step or Rate<br>02 | 12. Total Salary<br>$245,885.00 | 13. Pay Basis<br>PA | | | | |
| 16. Pay Plan<br>AD | 17. Occ. Code<br>0602 | 18. Grade or Level<br>PHYS | 19. Step or Rate<br>02 | 20. Total Salary/Award<br>$278,197.00 | 21. Pay Basis<br>PA | | | | |

| 12A. Basic Pay<br>$106,842.00 | 12B. Locality Adj.<br>$139,043.00 | 12C. Adj. Basic Pay<br>$245,885.00 | 12D. Other Pay<br>$0 | 20A. Basic Pay<br>$106,842.00 | 20B. Locality Adj.<br>$171,355.00 | 20C. Adj. Basic Pay<br>$278,197.00 | 20D. Other Pay<br>$0 |
|---|---|---|---|---|---|---|---|

| 14. Name and Location of Position's Organization<br><br>VETERANS HEALTH ADMINISTRATION<br>MENTAL HEALTH CARE<br><br><br>W/LOS ANGELES CA USA | 22. Name and Location of Position's Organization<br><br>VETERANS HEALTH ADMINISTRATION<br>MENTAL HEALTH CARE<br><br><br>W/LOS ANGELES CA USA |
|---|---|

### EMPLOYEE DATA

| 23. Veterans Preference<br>1<br>1 = None     3 = 10-Point/Disability     5 = 10-Point/Other<br>2 = 5-Point     4 = 10-Point/Compensable     6 = 10-Point/Compensable/30% | 24. Tenure<br>0 = None     2 = Conditional<br>9<br>1 = Permanent     3 = Indefinite | 25. Agency Use | 26. Veterans Preference for RIF<br>YES  X  NO |
|---|---|---|---|
| 27. FEGLI<br>C0   BASIC ONLY | 28. Annuitant Indicator<br>9   NOT APPLICABLE | | 29. Pay Rate Determinant<br>0 |
| 30. Retirement Plan<br>KF   FERS FRAE AND FICA (FULL) | 31. Service Comp. Date (Leave)<br>09/06/2016 | 32. Work Schedule<br>P   PART TIME | 33. Part–Time Hours Per<br>50.00   Biweekly<br>Pay Period |

### POSITION DATA

| 34. Position Occupied<br>2<br>1 = Competitive Service  3 = SES General<br>2 = Excepted Service  4 = SES Career Reserved | 35. FLSA Category<br>E<br>E = Exempt<br>N = Nonexempt | 36. Appropriation Code<br>8203-2122 | 37. Bargaining Unit Status<br>1276 |
|---|---|---|---|
| 38. Duty Station Code<br>06-1980-037 | 39. Duty Station (City – County – State or Overseas Location)<br>W/LOS ANGELES   CA | | |

| 40. Agency Data<br>691 | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks
THIS REVIEW IS RETROACTIVE TO RECORD THE OVERDUE 2018 BIENNIAL.
MARKET PAY REVIEW APPROVED ON 08/28/2019
P&D MARKET PAY REVIEW WITH INCREASE.
AMOUNT IN ITEM 20C INCLUDES P&D MARKET PAY OF $171,355
ANNUAL PAY RATE (BASE PAY PLUS MARKET PAY) IS LIMITED TO $400,000 BY 38 USC 7431(E)(4) AND 3 USC 102
P & D MARKET PAY IS AUTHORIZED UNDER P. L. 108-445 AND IS BASE PAY FOR RETIREMENT, LIFE INSURANCE, AND
OTHER BENEFITS RELATED TO BASIC PAY.

| 46. Employing Department or Agency<br>VETERANS HEALTH ADMINISTRATION | | | 50. Signature/Authentication and Title of Approving Official<br>ELECTRONICALLY SIGNED BY: |
|---|---|---|---|
| 47. Agency Code<br>VATA | 48. Personnel Office ID<br>1625 | 49. Approval Date<br>10/09/2019 | MICHAEL PAYNE<br>HUMAN RESOURCES OFFICER |

Part 50–316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

118

EXHIBIT
E



**DEPARTMENT OF VETERANS AFFAIRS**
**Greater Los Angeles Healthcare System**
**11301 Wilshire Boulevard**
**Los Angeles, CA  90073**

In Reply Refer To: 691/05

Date:  February 7, 2025

From:  Senior Strategic Business Partner, Human Resources

Subject:  Dr. Bonnie Olson – Request for Compliance Report

To:  Office of Federal Operations

Attachments:
(1) Calculation memo dated April 15, 2021
(2) Email traffic regarding incorrect calculations
(3) Calculation memo and data dated August 6, 2021
(4) Clarification of market pay calculation dated October 8, 2021
(5) Recalculation memo dated December 21, 2021

Dear Sir/Madam:

This letter is being written to provide clarity regarding the decision reached by the agency on the retroactive market pay monies owed. Further, it is the intent that the attached documents will capture the details regarding four separate retroactive market pay amounts that were provided to Dr. Olson.

To understand the requirements of market pay, an excerpt from VA Handbook 5007 has been included that outlines the biennial (24 month) requirement for the reviewing of market pay.

VA Handbook 5007/59 PART IX, The appropriate management official is responsible for recommending the appropriate pay table, tier level and market pay amount (considering the combined sum of the base pay and market pay) for individual physicians, dentists [and podiatrists]. The appropriate management official is also responsible for evaluating the annual pay (base and longevity pay rate and market pay) to include pay table and tier assignment of each physician, dentist [and podiatrist] under their jurisdiction at least once every 24 months (biennial review) and at such other times deemed necessary by the appropriate management official. A change in duty basis (i.e., to/from full-time, part-time, or intermittent), change in tier, or a significant change in duties or assignments as determined by an appropriate management official, such as call duty rotations, or assignment to/from a Community Based Outpatient Clinic will also require a re-evaluation of the market pay and tier.

West Los Angeles Healthcare Center
11301 Wilshire Blvd.
Los Angeles, CA  90073
(310) 478-3711

Bakersfield Community-Based
Outpatient Clinic
1801 Westwind Drive
Bakersfield, CA  93301
(661) 632-1800

Captain Rosemary Bryant Mariner
Outpatient Clinic
5250 Ralston Street
Ventura, CA  93003
(805) 339-6400

East Los Angeles Community-Based
Outpatient Clinic
5426 East Olympic Blvd.
Commerce, CA  90022
(323) 725-7372

Lancaster Community-Based
Outpatient Clinic
340 East Avenue I
Lancaster, CA  93535
(661) 729-8655

Los Angeles Ambulatory
Care Center
351 East Temple Street
Los Angeles, CA  90012
(213) 253-2677

San Gabriel Valley Community-Based
Outpatient Clinic
7 West Foothill Blvd.
Arcadia, CA  91006
(626) 836-2300

San Luis Obispo Community-Based
Outpatient Clinic
1288 Morro Street, Suite 200
San Luis Obispo, CA  93401
(805) 543-1233

Santa Barbara Community-Based
Outpatient Clinic
4440 Calle Real
Santa Barbara, CA  93110
(805) 683-1491

Santa Maria Community-Based
Outpatient Clinic
1550 East Main Street
Santa Maria, CA 93454
(805) 354-6000

Sepulveda Ambulatory Care Center
16111 Plummer Street
North Hills, CA  91343
(818) 891-7711



When determining the setting of market pay, the following factors are
taken into consideration: (1) level of experience in a specialty or
assignment; (2) need for the specialty or assignment at the facility (i.e.
working in a more demanding/stressful environment such as inpatient
unit or emergency room); (3) health care labor market for the
specialty/assignment; (4) board certifications; (5) accomplishments in
the specialty or assignment, such as research/publications or
fellowships; (6) prior VHA experience; (7) other considerations such as
supervisory status, location (site), credentials to prescribe certain
medications and academic rank.

Attachment (1) speaks to the time frame of April 15, 2021, through April
19, 2021. To comply with the final judgement issued for Dr. Olson,
market pay calculations were made by Mr. John Mondragon, Lead HR
Specialist, as identified on (1). The calculation amount of $224,910.00
was provided, however no supporting documentation was submitted to
support the comparators utilized when arriving to that calculation.

As seen in attachment (2), in late May of 2021 and carrying over into
June of 2021, Dr. Olson engaged in email communication with Mr.
Mondragon, and questioned the calculated amount. In an email dated
June 21, 2021, Dr. Olson provided a breakdown of the figures that she
"calculated," which subsequently led to Mr. Mondragon responding to
her the following day. In this response, he agreed with Dr. Olson, and
provided her with a new calculation of $385,016.00. This email
exchange from June 21, 2021, to June 22, 2021 did not follow VA
Handbook Policy.

The $385,016.00 calculation was incorrect. Mr. Mondragon was not the
subject matter expert on the market pay review process at VA Greater
Los Angeles Healthcare System at any time. His concurrence with Dr.
Olson's calculation did not consider the fact that the market pay reviews
were conducted biannually and not annually. Moreover, there were
relevant biennial market pay reviews for several physicians (and
potential comparators,) including Dr. Olson's, that had not been
completed as of the date of Mr. Mondragon's June 22, 2021,
concurrence. This left the agency unable to accurately determine which
providers under age 40, were being paid more than Dr. Olson for the
relevant period.

Ms. Atourina Bouza was the VA Greater Los Angeles Healthcare
System market pay subject matter expert during the time Mr.
Mondragon was in email communication with Dr. Olson. There is no
evidence to support that Mr. Mondragon ever collaborated with Ms.
Bouza. As Mr. Mondragon departed from the Agency, Ms. Bouza was
notified, and immediately began making efforts to correctly comply to
the final judgement. Ms. Bouza provided an accurate calculation of
$218,040.00 (3). This memo detailed the calculations and included the
proper comparator information.

Attachment (4) is a subsequent memo prepared and submitted on October 8, 2021 by me, as I was the Acting Senior Strategic Business Partner (HRO) for VA Greater Los Angeles Healthcare System at that time. (4) explained the inaccuracy of Mr. Mondragon's errors, misquoted calculations, and demonstrated that he failed to follow the written guidance on the OEDCA backpay order.

Attachment (5) speaks to the final recalculation provided on December 21, 2021. This recalculation was $228,076.92 and was inevitably paid out to Dr. Olson. The $228,076.92 (5) recalculation was determined by Ms. Bouza, and was an addition of $10,036.00 to the August 6,2021, amount of $218,040.00 (3). The recalculation was done at the request of Dr. Olson, as the Agency wanted to take into consideration any calculable sums that may have resulted from the time between the dates the comparators and Dr. Olson's market pay reviews were conducted. During the recalculation review, the Agency identified that one of the comparators started working in October of 2016. Dr. Olson was not due for a biennial market pay review until 2017. The comparator received a higher market pay amount for roughly 10 months; thus, an adjustment was made for that time difference, resulting in a $10,036.00 (5) amount needing to be added onto the amount from the August 6, 2021, calculation (3). That addition resulted in a $228,076.92 (5) calculation.

It is the belief of this office that this memo will clear any misconception about the biennial market pay requirement, while ensuring the above information and provided attachments, satisfy the compliance report request for Dr. Olson. If further information is needed, I can be reached at Joseph.Dronchi@va.gov, or at (310) 213-1614.


Respectfully,


Joseph Dronchi
Senior Strategic Business Partner



**DEPARTMENT OF VETERANS AFFAIRS**
**Greater Los Angeles Healthcare System**
**11301 Wilshire Boulevard**
**Los Angeles, CA  90073**

In Reply Refer To: **691/00**

April 15, 2021

To Whom it may concern:

In compliance to the Final Judgement issued for Bonnie Olson, calculations were made which included back pay for the difference between her pay and that of her highest paid comparatives retroactive to August 21, 2013 (two years prior to filing the complaint). Comparatives include any substantially younger psychiatrist (five years younger or more) employed the West Los Angeles VA Medical Center, who was paid a higher market pay salary than Complainant from August 21, 2013 to Present.  The difference was calculated from her pay received for each applicable year as well as her substantially younger psychiatrist (five years younger or more) colleague identified who received a higher rate of pay. Calculations as well as identified rates of pay for all colleagues within the identified group were provided and calculated at a total of $224,910.00. If you have any questions please contact me at 786-760-7350.

Sincerely,

John Mondragon.
Lead HR Specialist

West Los Angeles Healthcare Center
11301 Wilshire Blvd
Los Angeles, CA  90073
(310) 478-3711

Bakersfield Community-Based
Outpatient Clinic
1801 Westwind Drive
Bakersfield  CA  93301
(661) 632-1800

Los Angeles Ambulatory
Care Center
351 East Temple Street
Los Angeles, CA  90012
(213) 253-2677

San Luis Obispo Community-Based
Outpatient Clinic
1288 Morro Street, Suite 200
San Luis Obispo  CA  93401
(805) 543-1233

Santa Barbara Community-Based
Outpatient Clinic
4440 Calle Real
Santa Barbara  CA  93110
(805) 683-1491

Santa Maria Community-Based
Outpatient Clinic
1550 East Main Street
Santa Maria, CA 93454
(805) 354-6000

Oxnard Community-Based
Outpatient Clinic
1690 Universe Circle
Oxnard  CA  93033
(805) 204-9135

Lancaster Community-Based
Outpatient Clinic
340 East Avenue I
Lancaster  CA  93535
(661) 729-8655

East Los Angeles Community-Based
Outpatient Clinic
5426 East Olympic Blvd   Suite 150
Commerce  CA  90040
(323) 725-7557

Sepulveda Ambulatory Care Center
16111 Plummer Street
North Hills, CA  91343
(818) 891-7711

San Gabriel Valley Community-Based
Outpatient Clinic
7 West Foothill Blvd
Arcadia  CA  91006
(626) 500-6881

123



**DEPARTMENT OF VETERANS AFFAIRS**
**Greater Los Angeles Healthcare System**
**11301 Wilshire Boulevard**
**Los Angeles, CA  90073**

In Reply Refer To: 691/00

April 19, 2021

To Whom it may concern:

In compliance to the Final Judgment issued for Bonnie Olson, calculations were made which included back pay for the difference between her pay and that of her highest paid comparatives retroactive to August 21, 2013 (two years prior to filing the complaint). Comparatives include any substantially younger psychiatrist (five years younger or more) employed the West Los Angeles VA Medical Center, who was paid a higher market pay salary than Complainant from August 21, 2013 to Present. The difference was calculated from her pay received for each applicable year as well as her substantially younger psychiatrist (five years younger or more) colleague identified who received a higher rate of pay. Calculations as well as identified rates of pay for all colleagues within the identified group were provided and calculated at a total of $224,910.00. Calculations were as follows:

2013 Market Pay – Employee A (DOB 11/1975)   $98,213
                     Ms. Olson - $59,062
                            $39,151

2014 – 2015 Market Pay – Employee B (DOB 8/1966) $131,033
                       Ms. Olson - $60,912
                            $70,121

2016 – 2017 Market Pay – Employee C (DOB 4/1970) $143,033
                       Ms. Olson - $90,403
                            $52,630

2018 – 2019 Market Pay – Employee D (DOB 8/1970) $171,355
                       Ms. Olson - $108,347
                            $63,008

The total calculation was a sum of **$224,910**

If you have any questions, please contact me at 786-760-7350.

Sincerely,
John Mondragon
Lead HR Specialist

West Los Angeles Healthcare Center
11301 Wilshire Blvd.
Los Angeles, CA  90073
(310) 478-3711

Bakersfield Community-Based
Outpatient Clinic
1801 Westwind Drive
Bakersfield, CA  93301
(661) 632-1800

Los Angeles Ambulatory
Care Center
351 East Temple Street
Los Angeles, CA  90012
(213) 253-2677

San Luis Obispo Community-Based
Outpatient Clinic
1288 Morro Street, Suite 200
San Luis Obispo, CA  93401
(805) 543-1233

Santa Barbara Community-Based
Outpatient Clinic
4440 Calle Real
Santa Barbara, CA  93110
(805) 683-1491

Santa Maria Community-Based
Outpatient Clinic
1550 East Main Street
Santa Maria, CA 93454
(805) 354-6000

Oxnard Community-Based
Outpatient Clinic
1690 Universe Circle
Oxnard, CA  93033
(805) 204-9135

Lancaster Community-Based
Outpatient Clinic
340 East Avenue I
Lancaster, CA  93535
(661) 729-8655

East Los Angeles Community-Based
Outpatient Clinic
5426 East Olympic Blvd., Suite 150
Commerce, CA  90040
(323) 725-7557

Sepulveda Ambulatory Care Center
16111 Plummer Street
North Hills, CA  91343
(818) 891-7711

San Gabriel Valley Community-Based
Outpatient Clinic
7 West Foothill Blvd.
Arcadia, CA  91006
(626) 500-6881



124

| | |
|---|---|
| **From:** | Steven Brown |
| **To:** | "Williams, Veronika J."; "Olson, Bonnie L"; "Bonnie Olson" |
| **Cc:** | Erika Bauer; "Rodriguez-Colon, Jacqueline (VISN22)"; "Bouza, Atourina"; "Gray, Andre L. CAVHCS"; "Mondragon, John H. (Miami VA)"; Daniel Goodkin |
| **Subject:** | RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X |
| **Date:** | Wednesday, September 1, 2021 1:54:03 PM |

Ms. Williams:

I have a number of queries about your email, which include but are not limited to:

Please explain why you "cannot speak to the methods employed by Mr. Mondragon", who is an employee of the VA and the person tasked with communicating to our client on this issue on behalf of the VA.

Please explain why you think the figures given by Mr. Mondragon on 06/22/2021 are an "estimate" when he does not label them as such.

Please explain why you think the figures given by Mr. Mondragon on 06/22/2021 are "not based on all relevant market pay reviews".

Steven E. Brown
Brown & Goodkin
910 Hapshire Road, Suite G
Westlake Village, CA 91361-2888
Voice:  805-496-9777
Fax: 805-496-6368
sbrownesq@federal-law.com
website: www.federal-law.com

**From:** Williams, Veronika J. <Veronika.Williams@va.gov>
**Sent:** Wednesday, September 1, 2021 1:15 PM
**To:** sbrownesq@federal-law.com; Olson, Bonnie L <Bonnie.Olson@va.gov>; 'Bonnie Olson' <dr.o@earthlink.net>
**Cc:** 'Erika Bauer' <erika@federal-law.com>; Rodriguez-Colon, Jacqueline (VISN22) <Jacqueline.Rodriguez-Colon@va.gov>; Bouza, Atourina <Atourina.Bouza@va.gov>; Gray, Andre L. CAVHCS <Andre.Gray@va.gov>; Mondragon, John H. (Miami VA) <John.Mondragon@va.gov>
**Subject:** RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X

Mr. Brown,

While I cannot speak to the methods employed by Mr. Mondragon to calculate the below pay determination estimate in June, it is clear that this number was: 1) an estimate; 2) not based on all relevant market pay reviews. Atourina Bouza is the Agency's subject matter expert and was relied



upon to assist in the matter after two inaccurate pay determinations were previously issued by HR. I can attest that the determination was made after an individual assessment of each relevant market pay review completed as of August 6, 2021.

Nonetheless, I will look into the matter and get back you all before 9/10. In the interim, please assume the market pay determination issued on 8/12 as the Agency's position on the relief due to Ms. Olson under the January Order.

**Veronika J. Williams**
Staff Attorney
U.S. Department of Veterans Affairs
Office of General Counsel
Pacific District, Southern California
11301 Wilshire Blvd., Building 506
Los Angeles, CA 90073-1003
(310) 268-3800 (main)
(310)268-4596 (fax)
Veronika.williams@va.gov

**Confidentiality Note**: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by anyone other than the intended recipient is prohibited. If you have received this email in error, please notify the sender by email, phone or fax and destroy the original message and all copies. Thank you.

**From:** sbrownesq@federal-law.com <sbrownesq@federal-law.com>
**Sent:** Wednesday, September 1, 2021 12:06 PM
**To:** Williams, Veronika J. <Veronika.Williams@va.gov>; Olson, Bonnie L <Bonnie.Olson@va.gov>; 'Bonnie Olson' <dr.o@earthlink.net>
**Cc:** 'Erika Bauer' <erika@federal-law.com>; Rodriguez-Colon, Jacqueline (VISN22) <Jacqueline.Rodriguez-Colon@va.gov>
**Subject:** RE: [EXTERNAL] Olson back pay, EEOC Nos. 480-2021-00054X, 480-2021-00055X

Ms. Williams –

Please review the email string below. You will see that the VA's own calculations as provided to our client directly are very different from (*i.e.*, much higher than) those you have recently been providing to us.

**From:** Mondragon, John H. (VISN 22) <John.Mondragon@va.gov>



**Sent:** Tuesday, June 22, 2021 7:21 AM
**To:** Olson, Bonnie L <Bonnie.Olson@va.gov>
**Cc:** Gray, Andre L. <Andre.Gray@va.gov>
**Subject:** RE: EEO judgement and order

Ok, I see what you mean now. Please see the below revised calculations:

2013 (Prorated for 9 applicable pay periods)  = $13,552.00
2014 = $70,121
2015 = $70, 121
2016 = $52,603
2017 = $52,603
2018 = $63,008
2019 = $63,008

Which totals to $385,016. As previously stated, the 2020 and 2021 I will not be able to provide until all comparators have their Market pays reviewed.

Thanks

**From:** Olson, Bonnie L <Bonnie.Olson@va.gov>
**Sent:** Monday, June 21, 2021 12:58 PM
**To:** Mondragon, John H. (VISN 22) <John.Mondragon@va.gov>
**Subject:** RE: EEO judgement and order

Hi Mr. Mondragon,

Thanks for getting back. The point is though, we are not paid our market pay only the year we are reviewed, we are paid that market pay the year in between the next pay review as well. This point seems to be missed somehow. Could you help me by showing me what you think the back pay is for EACH year? I have filled in the figures you have already determined.

Partial year 8-2013 to Jan 2014-→ 39,151
2014-2015-----------→ $70121
2015-2016-------------→$
2016-2017-----------→ $52,630
2017-2018----------→$
2018-2019----------→ $63,008
2019-2020--------→$
2020-2021-------→$

Maybe your could explain the reasoning behind leaving out the 3 full years prior to the year where you say you do not yet have the data.


127

Thanks.
Dr. Olson

**From:** Mondragon, John H. (VISN 22) <John.Mondragon@va.gov>
**Sent:** Monday, June 21, 2021 7:05 AM
**To:** Olson, Bonnie L <Bonnie.Olson@va.gov>
**Cc:** Gray, Andre L. <Andre.Gray@va.gov>; 'dr.o@earthlink.net' <dr.o@earthlink.net>
**Subject:** RE: EEO judgement and order

Hi Dr. Olson,
Based on the criteria set forth on the judgement it stated the comparators were to be at least 5 years younger. Going back from August 2013 I reviewed all those individuals that meet that criteria to present. In the calculations are the you met that, depending on when the individuals started determines when they are due a market pay review. Per VA policy, Physicians are reviewed bi-annually to determine if they are to receive an increase, decrease or stay at the same Market Pay. In the calculations you will see that its broken down into two year increments to account for both years an employee would have been due (i.e. If you received a review in 2013, you wont be due until 2015. If you received a review on 2014 you wont be due until 2016). I am still awaiting for the figures from 2019 – January 2021. Once received I will be able to give you the final estimate.

**From:** Olson, Bonnie L <Bonnie.Olson@va.gov>
**Sent:** Monday, June 14, 2021 5:44 PM
**To:** Mondragon, John H. (VISN 22) <John.Mondragon@va.gov>
**Cc:** Gray, Andre L. <Andre.Gray@va.gov>; 'dr.o@earthlink.net' <dr.o@earthlink.net>
**Subject:** RE: EEO judgement and order

Hi,
I am just returned from my leave and read this.

The following was sent to me and DOES NOT account for all years from Aug 20-13 to the beginning of 2020. 2015 to 2016 is missing and 2017 to 2018 are missing. Please explain, after all I do get a pay check each year.

Thanks

*************************** below please see the figures sent to me email 5-3-21
***************************
2013 Market Pay – Employee A (DOB 11/1975) $98,213
Ms. Olson - $59,062
$39,151
2014 – 2015 Market Pay – Employee B (DOB 8/1966) $131,033
Ms. Olson - $60,912
$70,121
2016 – 2017 Market Pay – Employee C (DOB 4/1970) $143,033
Ms. Olson - $90,403



128

$52,630
2018 – 2019 Market Pay – Employee D (DOB 8/1970)
$171,355
Ms. Olson - $108,347
$63,008
The total calculation was a sum of **$224,910**

Please let me know where this takes us.

Thank you,

Dr. Bonnie Olson
310-478-3711 x 40402 at GLA

**From:** Mondragon, John H. (VISN 22) <John.Mondragon@va.gov>
**Sent:** Tuesday, June 01, 2021 7:11 AM
**To:** Olson, Bonnie L <Bonnie.Olson@va.gov>
**Cc:** Gray, Andre L. <Andre.Gray@va.gov>; 'dr.o@earthlink.net' <dr.o@earthlink.net>
**Subject:** RE: EEO judgement and order

Good Morning,
The calculation provided does cover the time period mentioned in your settlement from Mid August 2013 – 2019. In the calculation the identified highest comparator was identified as well. As previously discussed, the current issue is the pay from 2020 – Jan 2021 since the data is not current for all the comparators and for you as well. This has been identified to the parties who would be bale to rectify that portion of the pay. Without that data I am not able to give you true and fair estimate. Once that issue has been rectified then I will gladly provide you the up to date data and monetary amounts.

Thanks for your patience

**From:** Olson, Bonnie L <Bonnie.Olson@va.gov>
**Sent:** Thursday, May 27, 2021 4:28 PM
**To:** Mondragon, John H. (VISN 22) <John.Mondragon@va.gov>
**Cc:** Gray, Andre L. <Andre.Gray@va.gov>; 'dr.o@earthlink.net' <dr.o@earthlink.net>
**Subject:** EEO judgement and order

Dear Mr. Mondragon,

I think our last e-mail communication was the first week of May. I will be on leave next week beginning 6-1-21 and returning 6-14-21. The back pay award on this judgement was due over 2 months ago. It may be a tricky calculation, but the back pay must be for each year from mid- August 2013 to Jan 2021. So that's a 7 year and 4+ months of missed pay. The comparator with highest market pay and 5 years younger than me needs to be identified.

Since I did not get a response to the calculation I thought came forward from your own



**DEPARTMENT OF VETERANS AFFAIRS**
**Greater Los Angeles Healthcare System**
**11301 Wilshire Boulevard**
**Los Angeles, CA  90073**

In Reply Refer To: 691/00

August 6, 2021

To whom it may concern:

In compliance to the Final Judgement issued for Bonnie Olson, calculations were made which included back pay for the difference between her pay and that of her highest paid comparatives retroactive to August 21, 2013 (two years prior to filing the complaint). Comparatives include any substantially younger psychiatrist (five years younger or more) employed the West Los Angeles VA Medical Center, who was paid a higher market pay salary than Complainant from August 21, 2013 to Present. The difference was calculated from her pay received for each applicable year as well as her substantially younger psychiatrist (five years younger or more) colleague identified who received a higher rate of pay. Calculations, as well as identified rates of pay for all colleagues within the identified group, were provided and calculated at a total of $218,040. Calculations were as follows:

| | |
|---|---|
| 2013 – 2014 Market Pay | Employee A (DOB 7/1975) $108,746<br>Ms. Olson - $59,062<br>**Difference - $49,684 x 2 years = $99,368** |
| 2015 Market Pay | Employee B (DOB 7/1975) $108,746<br>Ms. Olson - $60,912<br>**Difference - $47,834** |
| 2016 Market Pay | Employee B (DOB 7/1977) $93,078<br>Ms. Olson - $60,912<br>**Difference - $32,166** |
| 2017 – 2018 Market Pay | Employee B (DOB 2/1986) $109,043<br>Ms. Olson - $90,403<br>**Difference - $18,640 x 2 years = $37,280** |
| 2019 – 2020 Market Pay | Employee B (DOB 2/1986) $109,043<br>Ms. Olson - $108,347<br>**Difference - $696 x 2 years = $1,392** |

The total calculation was a sum of **$218,040**.  If you have any questions, please contact me at 310.927.8935.

*Atourina Bouza*
Atourina Bouza, MHA
Health System Specialist
Chief of Staff's Office

West Los Angeles Healthcare Center
11301 Wilshire Blvd.
Los Angeles, CA  90073
(310) 478-3711

Bakersfield Community-Based
Outpatient Clinic
1801 Westwind Drive
Bakersfield, CA  93301
(661) 632-1800

Los Angeles Ambulatory
Care Center
351 East Temple Street
Los Angeles, CA  90012
(213) 253-2677

San Luis Obispo Community-Based
Outpatient Clinic
1288 Morro Street, Suite 200
San Luis Obispo, CA  93401
(805) 543-1233

Santa Barbara Community-Based
Outpatient Clinic
4440 Calle Real
Santa Barbara, CA  93110
(805) 683-1491

Santa Maria Community-Based
Outpatient Clinic
1550 East Main Street
Santa Maria, CA 93454
(805) 354-6000

Oxnard Community-Based
Outpatient Clinic
1690 Universe Circle
Oxnard, CA  93033
(805) 204-9135

Lancaster Community-Based
Outpatient Clinic
340 East Avenue I
Lancaster, CA  93535
(661) 729-8655

East Los Angeles Community-Based
Outpatient Clinic
5426 East Olympic Blvd., Suite 150
Commerce, CA  90040
(323) 725-7557

Sepulveda Ambulatory Care Center
16111 Plummer Street
North Hills, CA  91343
(818) 891-7711

San Gabriel Valley Community-Based
Outpatient Clinic
7 West Foothill Blvd.
Arcadia, CA  91006
(626) 500-6881



130

2013 & 2014

| Last Name | DOB | FTE | Tier Factor | Market Pay | Comments |
|---|---|---|---|---|---|
| MEHTA | /1975 | 1.000 | 1 | $108,746 | Market Pay Difference between Mehta and Olson |
| FITZGERALD | /1979 | 1.000 | 1 | $108,330 | |
| HAKIM | /1975 | 1.000 | 1 | $102,013 | |
| JOHNSON | /1965 | 1.000 | 1 | $99,596 | |
| CHOI | /1975 | 1.000 | 1 | $99,526 | |
| GABRIELIAN | /1980 | 1.000 | 1 | $97,013 | |
| AMRAMI | /1977 | 1.000 | 1 | $97,013 | |
| SHAPIRO | /1969 | 1.000 | 1 | $94,444 | |
| PIERRE | /1971 | 1.000 | 1 | $92,411 | |
| YANG | /1977 | 1.000 | 1 | $92,013 | |
| JOU | /1977 | 1.000 | 1 | $88,612 | |
| WILLIAMS | /1968 | 1.000 | 1 | $88,612 | |
| EKNOYAN | /1972 | 1.000 | 1 | $82,212 | |
| KIM | /1972 | 1.000 | 1 | $82,013 | |
| FAN | /1970 | 1.000 | 1 | $82,013 | |
| ZORICK | /1968 | 1.000 | 1 | $77,013 | |
| BRODY | /1963 | 1.000 | 1 | $76,205 | |
| OLSON | 11/15/1957 | 1.000 | 1 | $59,062 | $49,684 per year |
| HSU | 1963 | 1.000 | | $57,957 | |

2015

| Last Name | First Name | DOB | TIER | FTE | New Market | Academic Rank | Comments |
|-----------|-----------|-----|------|-----|-----------|---------------|----------|
| MEHTA | MICHELLE M | /1975 | 1 | 1 | $108,746 | Assistant Professor | |
| BONNICI | DANIEL MURPHY | /1979 | 1 | 1 | $106,543 | Instructor | |
| EKNOYAN | DONALD P | /1972 | 1 | 1 | $97,897 | Assistant Professor | |
| PIERRE | JOSEPH M | /1971 | 1 | 1 | $94,761 | Professor | |
| WILLIAMS | RHONDA | /1968 | 1 | 1 | $92,112 | Instructor | |
| YANG | CALVIN TSENG | /1977 | 1 | 1 | $92,013 | Assistant Professor | |
| JOU | KEVIN CHUNKAI | /1977 | 1 | 1 | $89,612 | Assistant Professor | |
| BRODY | ARTHUR L | /1963 | 1 | 1 | $85,705 | Professor | |
| OLSON | BONNIE L | 11/15/1957 | 1 | 1 | $60,912 | Associate Professor | |

Market Pay Difference between Mehta and Olson

$47,834

132

2016

| EMPLOYEE NAME | DOB | Acad Rank | Board | Fellowship | Clozapine Provider | Buprenorphine Certified | Tier Factor | Approved Market Pay | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Yang, Calvin | ▮/1977 | Assist | ABPN | No fellowship recorded | 0 | 0 | 0 | $93,078 | |
| Jou, Kevin | ▮/1977 | Assist | None recorded | No fellowship recorded | 0 | 0 | 0 | $89,112 | |
| Yaeger, Deborah | ▮/1951 | Prof | ABPN | No fellowship recorded | 0 | 0 | 0 | $84,160 | |
| Olson, Bonnie | 11/15/1957 | Assoc | ABPN; Psychosomatic | No fellowship recorded | 0 | 0 | 0 | $60,912 | |

Market Pay Difference between Yang and Olson: $32,166

133

2017 - 2018

| EMPLOYEE NAME | DOB | Acad Rank | Board | Fellowship | Clozapine Provider | Buprenorphine Certified | Tier Factor | New Market Calculation | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Olson, Bonnie | 11/15/1957 | Assoc | ABPN; Psychosomatic | No fellowship recorded | 0 | 0 | 1 | $90,403 | |
| Jou, Kevin | ▌/1977 | Assist | None recorded | No fellowship recorded | 0 | 0 | 1 | $119,336 | Lead VTC SACC |
| Sasaki, Dean | ▌/1986 | Clinical Instructor (HS) | ABPN | No fellowship recorded | 0 | 0 | 1 | $109,043 | |

Market Pay Difference between Sasaki and Olson          $18,640 per year

134

2019 & 2020

Market Pay Difference between Sasaki and Olson

$696 per year

| EMPLOYEE NAME | Academic Rank | Fellowship | Clozapine Provider | Buprenorphine Certified | Tier Factor | Emergency Department Coverage | OTP Medical Director | Clinical Shortage | Geographic Location | Call | New Market Pay | DOB | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jou, Kevin | Assistant Clinical Prof (HS) | No fellowship recorded | 0 | 0 | 1 | 0.00 | 0 | 0 | 0 | 1 | $125,379 | 2/1977 | Lead VTC SACC |
| Kakani, Sravan | Clinical Instructor (HS) | No fellowship recorded | 0 | 0 | 1 | 0.00 | 0 | 0 | 0 | 1 | $123,043 | 1/1983 | Tele MH |
| Olson, Bonnie | Associate Clinical Prof (HS) | No fellowship recorded | 0 | 0 | 1 | 0.00 | 0 | 0 | 0 | 1 | $108,347 | 11/15/1857 | |
| Sasaki, Dean | Clinical Instructor (HS) | No fellowship recorded | 0 | 0 | 1 | 0.00 | 0 | 0 | 0 | 1 | $109,043 | 2/1986 | |

135

## Department of
## Veterans Affairs

# **Memorandum**

**Date:**  October 08, 2021

**From:**  Joseph Dronchi, Acting Senior Strategic Business Partner (HRO)
VA Greater Los Angeles Healthcare System

**Subj:**  Clarification of Market Pay Calculations from John Mondragon's email dated June 22, 2021
with subject as: EEO judgement and order

**To:**  Dr. Bonnie Olson, Psychiatrist, VA Greater Los Angeles Healthcare System

I have had an opportunity to review the claimed pay discrepancy on the email string attached.  In my review of the pay discrepancy,  Mr. Mondragon miscalculated the amount of monies owed to you. His final compensation number does not appear to follow the guidance on the OEDCA backpay order.

The backpay is to be calculated as stipulated on the OEDCA order dated January 19, 2021:
> *Therefore, pursuant to 29 C.F.R. Section 1614.501(c)(5), the Agency shall immediately pay Complainant back pay for the difference between her pay and that of her highest paid comparatives retroactive to August 21, 2013 (two years prior to filing the complaint). Comparatives include any substantially younger psychiatrist6 (five years younger or more) employed the West Los Angeles VA Medical Center, who was paid a higher market pay salary than Complainant from August 21, 2013 to the date of this decision.. When determining Complainant's back pay, Complainant must be considered in Tier 1 of the pay schedule with all applicable authorized exceptions (e.g. Blanket Tier Exception for Psychiatrists, dated May 24, 2016) and should not be awarded interest on the back pay award. 7 Where applicable, back pay specifically includes retroactive tax-deferred contributions to Complainant's TSP account and any earnings which would have accrued during the relevant period.*

It appears that the numbers provided in the June 21, 2021 email reflected do not account for the appropriate comparator, tier, or age – or at least did not document that those factors from the order were used.  This is critical as the comparator shifts with each market pay panel decision and must be recalculated year by year in accordance with the order. Therefore, the difference in market pay from Mr. Mondragon was inaccurate and not done by the Agency person most knowledgeable about market pay setting.

Additionally, it is my understanding Mr. Mondragon failed to consult with the facility's subject matter expert in market pay compensation, Ms. Atourina Bouza. As the administrator of GLA's market pay system, Ms. Bouza provided a detailed explanation of the correct comparator amount and her calculated methodology is reflected on August 6, 2021 691/00 Memorandum.  Again, there has been no documentation shared as to how Mr. Mondragon arrived at the estimated backpay

---

6 Dr. Taheri-Tafreshi is excluded from the pool of comparatives because the Agency provided a non-discriminatory reason for this individual's higher pay. Dr. Taheri-Tafreshi was paid a higher market pay based on an outside offer. (AJD2, pp. 9, 13.)

7 Interest is not available on ADEA back pay awards. See AJD2, p. 13; Wes S. v. Department of Veterans Affairs, EEOC Appeal No. 2020002082 (2020).

136

figure to ensure compliance with the requirements of order.  For example, in the exchange of emails
between you and Mr. Mondragon, there is a lack of comparators used and how they were chosen.  As
Mr. Mondragon was not the subject matter expert and did not provide adequate documentation as to
how his calculation complied with the ordered relief, the calculations of the Agency's market pay
expert are being used to arrive at the correct and final calculation in compliance with the order.

I apologize on the delay in sending you this communication and any inconvenience it may have
caused.  If you have questions or concerns, please contact me at (310) 478-3711 ext. 43903.

Joseph Dronchi, Acting Senior Strategic Business Partner
VA Greater Los Angeles Healthcare System

137

**DEPARTMENT OF VETERANS AFFAIRS**
**Greater Los Angeles Healthcare System**
**11301 Wilshire Boulevard**
**Los Angeles, CA  90073**

In Reply Refer To: 691/00

**December 21, 2021**

**Re: Olson v. U.S. Dept. of Veterans Affairs**, EEOC Nos.  480-2021-00054X, 480-2021-0055X; Agency Nos. 200P-0691-2015104335, 200P-0691-2016105330.

To whom it may concern:

In compliance to the Final Agency Decision issued on January 19, 2021, in the above captioned matters, calculations were made which included back pay for the difference between Bonnie Olson's pay and that of her highest paid comparatives retroactive to August 21, 2013 (two years prior to filing the complaint).

Comparatives included any substantially younger psychiatrist (five years younger than Ms. Olson or more) employed the West Los Angeles VA Medical Center,  paid a higher market pay salary than Ms. Olson from August 21, 2013 to the January 4, 2021 (the date of the EEOC's Decision and Order). The difference was calculated between Olson's pay received for each applicable year and the following substantially younger psychiatrists (five years younger or more) who received a higher rate of pay during the period at issue.

On August 6, 2021, the Agency issued a back pay determinization finding that Olson was entitled to a sum of $218,040. A subsequent audit affirmed the Agency's calculation on October 8, 2021. At Olson's request, the Agency conducted a third calculation considering any calculable sum that may have resulted from the time between the dates the comparator and Olson's market pay reviews were conducted.

Calculations were as follows:

| | |
|---|---|
| August 2013 – December 2014 Market Pay | Employee A (DOB 7/1975)– Salary: $108,746<br>Olson– Salary: $59,062<br>Approval date of employee A's salary via market pay review: 1/9/2014<br>Approval date of Olson's salary via market pay review: 1/9/2014<br>**Difference - $49,684 x 2 years[1] = $99,368** |
| 2015 Market Pay | Employee B (DOB 7/1975)– Salary: $108,746<br>Olson – Salary: $60,912<br>Approval date of employee B's salary via market pay review:  12/23/2015<br>Approval date of Ms. Olson's salary via market pay review:12/23/15<br>**Difference - $47,834** |
| 2016 Market Pay | Employee C (DOB 7/1977)– Salary: $93,078<br>Olson – Salary $60,912<br>Approval date of employee C's salary via market pay review : 12/19/2016 |

---

[1] Market Pay Reviews for this period were conducted every two years.

West Los Angeles Healthcare Center
11301 Wilshire Blvd.
Los Angeles, CA  90073
(310) 478-3711

Bakersfield Community-Based
Outpatient Clinic
1801 Westwind Drive
Bakersfield, CA  93301
(661) 632-1800

Los Angeles Ambulatory
Care Center
351 East Temple Street
Los Angeles, CA  90012
(213) 253-2677

San Luis Obispo Community-Based
Outpatient Clinic
1288 Morro Street, Suite 200
San Luis Obispo, CA  93401
(805) 543-1233

Santa Barbara Community-Based
Outpatient Clinic
4440 Calle Real
Santa Barbara, CA  93110
(805) 683-1491

Santa Maria Community-Based
Outpatient Clinic
1550 East Main Street
Santa Maria, CA 93454
(805) 354-6000

Oxnard Community-Based
Outpatient Clinic
1690 Universe Circle
Oxnard, CA  93033
(805) 204-9135

Lancaster Community-Based
Outpatient Clinic
340 East Avenue I
Lancaster, CA  93535
(661) 729-8655

East Los Angeles Community-Based
Outpatient Clinic
5426 East Olympic Blvd., Suite 150
Commerce, CA  90040
(323) 725-7557

Sepulveda Ambulatory Care Center
16111 Plummer Street
North Hills, CA  91343
(818) 891-7711

San Gabriel Valley Community-Based
Outpatient Clinic
7 West Foothill Blvd.
Arcadia, CA  91006
(626) 500-6881

|  | Approval date of Ms. Olson's salary via market pay review: 12/19/2016 <br> **Difference - $32,166** |
|---|---|
| 2017 – 2018 Market Pay* | Employee D* (DOB 2/1986) $109,043 <br> Ms. Olson - $90,403 <br> Approval date of employee D's salary: <br> 4/15/2016 Approval date of Olson's salary: <br> 4/13/2017 **Difference - $18,640 x $2^2$ years = $37,280  Time Adjustment = $10,036** |
| 2019 – 2020 Market Pay | Employee E (DOB 2/1986) $109,043 <br> Ms. Olson - $108,347 <br> Approval date of employee E's salary: <br> 7/20/218 Approval date of Ms. Olson's salary: <br> 7/20/218 **Difference - $696 x 2 years = $1,392** |

*Employee D started receiving the market pay stated on 10/2/2016.

The total calculation was a sum of **$228,076.92**. This amount results in a **$10,036** addition to the pay calculation determination dated August 6, 2021. A payment for this amount is being processed by the Agency. If you have any questions, please contact me at 310.927.8935.

*Atourina Bouza*

Atourina Bouza, MHA
Health System Specialist
Chief of Staff's Office

---

[2] Market Pay Reviews for this period were conducted every two years.

139