**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California, and am readily familiar with the practice of this office for collection and processing collection and mailing. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On March 10, 2026, I served **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF JOSEPH BRIONES IN SUPPORT THEREOF and (PROPOSED) ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** on each person or entity named below by enclosing a copy in an envelope with postage fully prepaid and addressed as shown below and placing the envelope for collection and mailing with the United States Postal Service on the date and at the place shown below following our ordinary office practices.

Date of mailing: March 10, 2026. Place of mailing: Los Angeles, California. Person(s) and/or Entity(ies) to Whom mailed:

**Bonnie Lee Olson, MD**
**11901 Sunset Blvd No. 207**
**Los Angeles, CA 90049**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: March 10, 2026, at Los Angeles, California.

*Martha Jimenez*